Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **Idaho**
(State)

Case number (If known): _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Shiloh Management Services, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Shiloh Investments, Inc.
   Clear Portal; England Group, Inc.
   Gilgal Development

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   **Principal place of business**

   6268 W. Lake Hazel Rd.
   Number    Street

   _____

   Nampa                    ID    83687
   City                     State  ZIP Code

   Canyon
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City            State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City            State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  SHILOH MANAGEMENT SERVICES, INC.                           Case number (if known) _____
        _____
        Name

---

**6. Debtor's website (URL)**   www.shilohmanagementservices.com; www.shilohinvest.com

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed. **Real estate investment.**
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                MM / DD / YYYY

---

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Debtor **SHILOH MANAGEMENT SERVICES, INC.**     Case number (if known) _____
      Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | See attached | | $ _____ |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Triple B, LLC
Name

c/o Gery W. Edson, P.O. Box 448
Number    Street

Boise     ID     83701
City     State     ZIP Code

Name and mailing address of petitioner's representative, if any

_-_
Name

_____
Number Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 30 / 2017
          MM / DD / YYYY

✗ _/S/_        Member
Signature of petitioner or representative, including representative's title

**Attorneys**

Gery W. Edson
Printed name

GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number    Street

Boise     ID     83701
City     State     ZIP Code

Contact phone (208) 345-8700  Email gedson@gedson.com

Bar number  2984

State  Idaho

✗ _/S/_
Signature of attorney

Date signed  10 / 30 / 2017
            MM / DD / YYYY

Debtor  **SHILOH MANAGEMENT SERVICES, INC.**   Case number (if known) _____
　　　　Name

**Name and mailing address of petitioner**

Stock Boise, LLC, By Steve Mednicoff, Member
Name

c/o Gery W. Edson, P.O. Box 448
Number   Street

Boise                               ID          83701
City                                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 30 / 2017
　　　　　　　MM   DD   YYYY

X ___/s/_____ Member
Signature of petitioner or representative, including representative's title

Gery W. Edson
Printed name
GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number   Street

Boise                               ID          83701
City                                State       ZIP Code

Contact phone  (208) 345-8700   Email  gedson@gedson.com

Bar number   2984

State   Idaho

X ___/s/_____
Signature of attorney

Date signed  10 / 30 / 2017
　　　　　　　 MM   DD   YYYY

---

**Name and mailing address of petitioner**

Flash Investment, LLC, by Bruce Schlaich, Member
Name

P.O. Box 448
Number   Street

Boise                               ID          83701
City                                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 30 / 2017
　　　　　　　MM   DD   YYYY

X ___/s/_____
Signature of petitioner or representative, including representative's title

Gery W. Edson
Printed name
GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number   Street

Boise                               ID          83701
City                                State       ZIP Code

Contact phone  (208) 345-8700   Email  gedson@gedson.com

Bar number   2984

State   Idaho

X ___/s/_____
Signature of attorney

Date signed  10 / 30 / 2017
　　　　　　　 MM   DD   YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor  SHILOH MANAGEMENT SERVICES, INC.              Case number (*if known*)
       Name

**Name and Mailing address of petitioner**

**James Willis**

Name

c/o Gery W. Edson, P.O. Box 448

Number    Street

**Boise**        **ID**    **83701**

City     State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City     State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
       MM  DD  YYYY

X /s/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number    Street

**Boise**        **ID**    **83701**

City     State    Zip Code

Contact phone: **(208) 345-8700**  Email: **gedson@gedson.com**

Bar number: **2984**

State **Idaho**

X /s/
Signature of attorney

Date signed: 10 / 30 / 2017
       MM  DD  YYYY

---

**Name and Mailing address of petitioner**

**JoAnn Willis**

Name

c/o Gery W. Edson, P.O. Box 448

Number    Street

**Boise**        **ID**    **83701**

City     State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City     State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
       MM  DD  YYYY

X /s/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number    Street

**Boise**        **ID**    **83701**

City     State    Zip Code

Contact phone: **(208) 345-8700**  Email: **gedson@gedson.com**

Bar number: **2984**

State **Idaho**

X /s/
Signature of attorney

Date signed: 10 / 30 / 2017
       MM  DD  YYYY

| Debtor | SHILOH MANAGEMENT SERVICES, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Name and Mailing address of petitioner**

Edwin Noah Tate
Name

c/o Gery W. Edson, P.O. Box 448
Number     Street

Boise                          ID        83701
City                     State        Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 31 / 2017
              MM    DD    YYYY

X /S/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**
Printed Name

**GERY W. EDSON, P.A.**
Firm name, if any

**P.O. Box 448**
Number   Street

**Boise**                        ID      83701
City                   State       Zip Code

Contact phone: (208) 345-8700    Email: gedson@gedson.com

Bar number: 2984

State: Idaho

X /S/
Signature of attorney

Date signed: 10 / 31 / 2017
             MM   DD   YYYY

---

**Name and Mailing address of petitioner**

Lanny Johnson
Name

c/o Gery W. Edson, P.O. Box 448
Number     Street

Boise                          ID        83701
City                     State        Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 31 / 2017
              MM    DD    YYYY

X /S/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**
Printed Name

**GERY W. EDSON, P.A.**
Firm name, if any

**P.O. Box 448**
Number   Street

**Boise**                        ID      83701
City                   State       Zip Code

Contact phone: (208) 345-8700    Email: gedson@gedson.com

Bar number: 2984

State: Idaho

X /S/
Signature of attorney

Date signed: 10 / 31 / 2017
             MM   DD   YYYY

Debtor  **SHILOH MANAGEMENT SERVICES, INC.**                                  Case number (*if known*)
        Name

**Name and Mailing address of petitioner**

**Frank Preston IRA, LLC, by Frank Preston, Member**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number   Street

**Boise**                                    **ID**              **83701**

City                                         State               Zip Code

**Name and mailing address of petitioner's representative, if any**

**Frank Preston**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number   Street

**Boise**                                    **ID**              **83701**

City                                         State               Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10 / 31 / 2017
              MM    DD    YYYY

                                                                **Member**

X  /S/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number   Street

**Boise**                                    **ID**              **83701**

City                                         State               Zip Code

Contact phone:  **(208) 345-8700**    Email:  **gedson@gedson.com**

Bar number:  **2984**

State  **Idaho**

X  /S/
Signature of attorney

Date signed:  10 / 31 / 2017
              MM    DD    YYYY

---

**Name and Mailing address of petitioner**

**William F. Brinkley**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number   Street

**Boise**                                    **ID**              **83701**

City                                         State               Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                                         State               Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10 / 30 / 2017
              MM    DD    YYYY

X  /S/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number   Street

**Boise**                                    **ID**              **83701**

City                                         State               Zip Code

Contact phone:  **(208) 345-8700**    Email:  **gedson@gedson.com**

Bar number:  **2984**

State  **Idaho**

X  /S/
Signature of attorney

Date signed:  10 / 30 / 2017
              MM    DD    YYYY

Debtor  SHILOH MANAGEMENT SERVICES, INC.  
Name

Case number (*if known*) _____

**Name and Mailing address of petitioner**

**Ann E. Brinkley**
Name

c/o Gery W. Edson, P.O. Box 448
Number    Street

**Boise**                               **ID**       **83701**
City                              State          Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
             MM / DD / YYYY

                                              **Member**
X /s/
Signature of petitioner or representative, including representative's title

**GERY W. EDSON**
Printed Name

**GERY W. EDSON, P.A.**
Firm name, if any

**P.O. Box 448**
Number    Street

**Boise**                               **ID**       **83701**
City                              State          Zip Code

Contact phone: (208) 345-8700    Email: gedson@gedson.com

Bar number: 2984

State: **Idaho**

X /s/
Signature of attorney

Date signed: 10 / 30 / 2017
             MM / DD / YYYY

---

**Name and Mailing address of petitioner**

**Jere Robertson**
Name

c/o Gery W. Edson, P.O. Box 448
Number    Street

**Boise**                               **ID**       **83701**
City                              State          Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                              State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
             MM / DD / YYYY

X /s/
Signature of petitioner or representative, including representative's title

**GERY W. EDSON**
Printed Name

**GERY W. EDSON, P.A.**
Firm name, if any

**P.O. Box 448**
Number    Street

**Boise**                               **ID**       **83701**
City                              State          Zip Code

Contact phone: (208) 345-8700    Email: gedson@gedson.com

Bar number: 2984

State: **Idaho**

X /s/
Signature of attorney

Date signed: 10 / 30 / 2017
             MM / DD / YYYY

| Debtor | SHILOH MANAGEMENT SERVICES, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Name and Mailing address of petitioner**

Sally Robertson
Name

c/o Gery W. Edson, P.O. Box 448
Number   Street

Boise                              ID         83701
City                               State      Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                  State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **10 / 30 / 2017**
              MM    DD    YYYY

                                              Member
X **/s/**
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**
Printed Name

**GERY W. EDSON, P.A.**
Firm name, if any

**P.O. Box 448**
Number   Street

**Boise**                          **ID**      **83701**
City                               State      Zip Code

Contact phone: **(208) 345-8700**    Email: **gedson@gedson.com**

Bar number: **2984**

State: **Idaho**

X **/s/**
Signature of attorney

Date signed: **10 / 30 / 2017**
              MM    DD    YYYY

---

**Name and Mailing address of petitioner**

Janelle Nelson
Name

c/o Gery W. Edson, P.O. Box 448
Number   Street

Boise                              ID         83701
City                               State      Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                  State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **11 / 01 / 2017**
              MM    DD    YYYY

X **/s/**
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**
Printed Name

**GERY W. EDSON, P.A.**
Firm name, if any

**P.O. Box 448**
Number   Street

**Boise**                          **ID**      **83701**
City                               State      Zip Code

Contact phone: **(208) 345-8700**    Email: **gedson@gedson.com**

Bar number: **2984**

State: **Idaho**

X **/s/**
Signature of attorney

Date signed: **11 / 01 / 2017**
              MM    DD    YYYY

Debtor:     **SHILOH MANAGEMENT SERVICES, INC.**      Case Number (*if known*) _____

**3. Each petitioner's claim continued:**

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Brinkley, William and Ann | Commercial Real Estate Loans | $125,000.00 appx. |
| Flash Investments, LLC | Commercial Real Estate Loans | $640,000.00 appx. |
| Frank Preston IRA, LLC | Commercial Real Estate Loans | $1.2 million appx. |
| Johnson, Lanny | Commercial Real Estate Loans | $200,000.00 appx. |
| Robertson, Jere & Sally | Commercial Real Estate Loans | $270,000.00 appx. |
| Nelson, Janelle | Commercial Real Estate Loans | $600,000.00 appx. |
| Stock Boise, LLC | Commercial Real Estate Loans | $960,000.00 appx. |
| Tate, Edwin Noah | Commercial Real Estate Loans | $708,000.00 appx. |
| Triple B, LLC | Commercial Real Estate Loans | $650,000.00 appx. |
| Willis, James and JoAnn | Commercial Real Estate Loans | $215,000.00 appx. |
|  |  |  |
| **TOTAL:** |  | $5,568,000.00 appx. |

EXHIBIT A