**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

_____ District of   | Idaho |
                 (State)

Case number (*If known*): _____   Chapter  7

☒ Check if this is an amended filing

Official Form 205     AMENDED

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| 1. | Chapter of the Bankruptcy Code | *Check one:* |
|---|---|---|
| | | ☒ Chapter 7 |
| | | ☐ Chapter 11 |

## Part 2:  Identify the Debtor

| 2. | Debtor's name | Shiloh Management Services, Inc. |
|---|---|---|

| 3. | Other names you know the debtor has used in the last 8 years | Shiloh Investments, Inc. |
|---|---|---|
| | Include any assumed names, trade names, or *doing business as* names. | Clear Portal; England Group, Inc. |
| | | Gilgal Development |

| 4. | Debtor's federal Employer Identification Number (EIN) | ☒ Unknown |
|---|---|---|
| | | EIN __ __ – __ __ __ __ __ __ __ |

5. **Debtor's address**

**Principal place of business**

c/o Nathan Pyles, Registered Agent
_____
Number      Street

6268 W. Lake Hazel Rd.
_____

Nampa _____ ID   83687
City                State   ZIP Code

Canyon
_____
County

**Mailing address, if different**

_____
Number      Street

_____
P.O. Box

_____
City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City              State    ZIP Code

Debtor    SHILOH MANAGEMENT SERVICES, INC.    Case number *(if known)*_____
_____
Name

| | | |
|---|---|---|
| 6. | **Debtor's website (URL)** | www.shilohmanagementservices.com; www.shilohinvest.com |

7. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed. **Real estate investment.**

☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known _____
MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known _____
MM / DD / YYYY

---

**Part 3:    Report About the Case**

10. **Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    **SHILOH MANAGEMENT SERVICES, INC.**
Name

Case number (if known) _____

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| See attached | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

| Part 4: | Request for Relief |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Triple B, LLC
Name

c/o Gery W. Edson, P.O. Box 448
Number    Street

Boise                     ID            83701
City                      State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

- _____
Name

_____
Number    Street

_____
City                State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 30 / 2017
MM / DD / YYYY

✗ _____ /S/ _____ Member
Signature of petitioner or representative, including representative's title

**Attorneys**

Gery W. Edson
Printed name

GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number    Street

Boise                     ID            83701
City                      State         ZIP Code

Contact phone  (208) 345-8700  Email  gedson@gedson.com

Bar number    2984

State         Idaho

✗ _____ /S/ _____
Signature of attorney

Date signed  10 / 30 / 2017
MM / DD / YYYY

Debtor    SHILOH MANAGEMENT SERVICES, INC.     Case number *(if known)* _____
<br>     Name

**Name and mailing address of petitioner**

Stock Boise, LLC , By Steve Mednicoff, Member
Name

c/o Gery W. Edson, P.O. Box 448
Number   Street

Boise      ID      83701
City      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 30 / 2017
       MM / DD / YYYY

✘ _____  Member
Signature of petitioner or representative, including representative's title

Gery W. Edson
Printed name

GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number   Street

Boise      ID      83701
City      State      ZIP Code

Contact phone  (208) 345-8700  Email gedson@gedson.com

Bar number  2984

State  Idaho

✘ _____ /S/ _____
Signature of attorney

Date signed  10 / 30 / 2017
       MM / DD / YYYY

---

**Name and mailing address of petitioner**

Flash Investment, LLC, by Bruce Schlaich, Member
Name

P.O. Box 448
Number   Street

Boise      ID      83701
City      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 30 / 2017
       MM / DD / YYYY

✘ _____ /S/ _____
Signature of petitioner or representative, including representative's title

Gery W. Edson
Printed name

GERY W. EDSON, P.A.
Firm name, if any

P.O. Box 448
Number   Street

Boise      ID      83701
City      State      ZIP Code

Contact phone  (208) 345-8700  Email gedson@gedson.com

Bar number  2984

State  Idaho

✘ _____ /S/ _____
Signature of attorney

Date signed  10 / 30 / 2017
       MM / DD / YYYY

Debtor   SHILOH MANAGEMENT SERVICES, INC.                    Case number (*if known*)_____
       Name

**Name and Mailing address of petitioner**

**James Willis**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number    Street

**Boise**      **ID**    **83701**

City      State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City      State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
      MM  DD   YYYYY

X /S/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number    Street

**Boise**      **ID**    **83701**

City      State    Zip Code

Contact phone: **(208) 345-8700**   Email: **gedson@gedson.com**

Bar number: **2984**

State **Idaho**

X /S/
Signature of attorney

Date signed: 10 / 30 / 2017
      MM  DD   YYYYY

---

**Name and Mailing address of petitioner**

**JoAnn Willis**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number    Street

**Boise**      **ID**    **83701**

City      State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City      State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
      MM  DD   YYYYY

X /S/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number    Street

**Boise**      **ID**    **83701**

City      State    Zip Code

Contact phone: **(208) 345-8700**   Email: **gedson@gedson.com**

Bar number: **2984**

State **Idaho**

X /S/
Signature of attorney

Date signed: 10 / 30 / 2017
      MM  DD   YYYYY

| Debtor | SHILOH MANAGEMENT SERVICES, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Name and Mailing address of petitioner**

**Edwin Noah Tate**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number       Street

**Boise**                    **ID**        **83701**

City                    State        Zip Code

**Name and mailing address of petitioner's representative, if any**

_____

Name

_____

Number       Street

_____

City                    State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 31 / 2017
             MM  /  DD  /  YYYYY

X /S/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number       Street

**Boise**                    **ID**        **83701**

City                    State        Zip Code

Contact phone: **(208) 345-8700**    Email: **gedson@gedson.com**

Bar number: **2984**

State **Idaho**

X /S/
Signature of attorney

Date signed: 10 / 31 / 2017
             MM  /  DD  /  YYYYY

---

**Name and Mailing address of petitioner**

**Lanny Johnson**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number       Street

**Boise**                    **ID**        **83701**

City                    State        Zip Code

**Name and mailing address of petitioner's representative, if any**

_____

Name

_____

Number       Street

_____

City                    State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 31 / 2017
             MM  /  DD  /  YYYYY

X /S/
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number       Street

**Boise**                    **ID**        **83701**

City                    State        Zip Code

Contact phone: **(208) 345-8700**    Email: **gedson@gedson.com**

Bar number: **2984**

State **Idaho**

X /S/
Signature of attorney

Date signed: 10 / 31 / 2017
             MM  /  DD  /  YYYYY

| Debtor | SHILOH MANAGEMENT SERVICES, INC. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Name and Mailing address of petitioner**

**Frank Preston IRA, LLC, by Frank Preston, Member**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number     Street

**Boise**                    **ID**          **83701**

City                    State        Zip Code

**Name and mailing address of petitioner's representative, if any**

**Frank Preston**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number     Street

**Boise**                    **ID**          **83701**

City                    State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 31 / 2017
          MM   DD   YYYYY

                                    **Member**

X ____/S/____
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number     Street

**Boise**                    **ID**          **83701**

City                    State        Zip Code

                (208) 345-8700        gedson@gedson.com
Contact phone: _____   Email: _____

                2984
Bar number: _____

          **Idaho**
State _____

X ____/S/____
Signature of attorney

Date signed: 10 / 31 / 2017
          MM   DD   YYYYY

---

**Name and Mailing address of petitioner**

**William F. Brinkley**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number     Street

**Boise**                    **ID**          **83701**

City                    State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

City                    State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
          MM   DD   YYYYY

X ____/S/____
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number     Street

**Boise**                    **ID**          **83701**

City                    State        Zip Code

                (208) 345-8700        gedson@gedson.com
Contact phone: _____   Email: _____

                2984
Bar number: _____

          **Idaho**
State _____

X ____/S/____
Signature of attorney

Date signed: 10 / 30 / 2017
          MM   DD   YYYYY

| Debtor   SHILOH MANAGEMENT SERVICES, INC. | Case number (*if known*) |
|---|---|
| Name | |

**Name and Mailing address of petitioner**

Ann E. Brinkley

Name

c/o Gery W. Edson, P.O. Box 448

Number      Street

**Boise**                    **ID**          **83701**

City                          State          Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number      Street

City                          State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
MM   DD   YYYYY

X _____/S/_____      **Member**
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number      Street

**Boise**                    **ID**          **83701**

City                          State          Zip Code

(208) 345-8700          gedson@gedson.com
Contact phone: _____      Email: _____

2984
Bar number: _____

Idaho
State _____

X _____/S/_____
Signature of attorney

Date signed: 10 / 30 / 2017
MM / DD / YYYYY

---

**Name and Mailing address of petitioner**

Jere Robertson

Name

c/o Gery W. Edson, P.O. Box 448

Number      Street

**Boise**                    **ID**          **83701**

City                          State          Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number      Street

City                          State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10   30   2017
MM / DD / YYYYY

X _____/S/_____
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number      Street

**Boise**                    **ID**          **83701**

City                          State          Zip Code

(208) 345-8700          gedson@gedson.com
Contact phone: _____      Email: _____

2984
Bar number: _____

Idaho
State _____

X _____/S/_____
Signature of attorney

Date signed: 10   30   2017
MM / DD / YYYYY

| Debtor | SHILOH MANAGEMENT SERVICES, INC. | Case number (*if known*) |
|--------|-----------------------------------|--------------------------|
| | Name | |

**Name and Mailing address of petitioner**

**Sally Robertson**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number        Street

**Boise**                    **ID**        **83701**

City                        State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number        Street

City                        State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10 / 30 / 2017
MM    DD    YYYYY

                                            **Member**

X _/S/_____
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number        Street

**Boise**                    **ID**        **83701**

City                        State        Zip Code

            **(208) 345-8700**        **gedson@gedson.com**
Contact phone:                Email:

            **2984**
Bar number:

            **Idaho**
State

X _/S/_____
Signature of attorney

Date signed: 10 / 30 / 2017
MM    DD    YYYYY

---

**Name and Mailing address of petitioner**

**Janelle Nelson**

Name

**c/o Gery W. Edson, P.O. Box 448**

Number        Street

**Boise**                    **ID**        **83701**

City                        State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number        Street

City                        State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11 / 01 / 2017
MM    DD    YYYYY

X _/S/_____
Signature of petitioner or representative, including representative's title

---

**GERY W. EDSON**

Printed Name

**GERY W. EDSON, P.A.**

Firm name, if any

**P.O. Box 448**

Number        Street

**Boise**                    **ID**        **83701**

City                        State        Zip Code

            **(208) 345-8700**        **gedson@gedson.com**
Contact phone:                Email:

            **2984**
Bar number:

            **Idaho**
State

X _/S/_____
Signature of attorney

Date signed: 11 / 01 / 2017
MM    DD    YYYYY

Debtor:      **SHILOH MANAGEMENT SERVICES, INC.**      Case Number (*if known*) _____

3. **Each petitioner's claim continued:**

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Brinkley, William and Ann | Commercial Real Estate Loans | $125,000.00 appx. |
| Flash Investments, LLC | Commercial Real Estate Loans | $640,000.00 appx. |
| Frank Preston IRA, LLC | Commercial Real Estate Loans | $1.2 million appx. |
| Johnson, Lanny | Commercial Real Estate Loans | $200,000.00 appx. |
| Robertson, Jere & Sally | Commercial Real Estate Loans | $270,000.00 appx. |
| Nelson, Janelle | Commercial Real Estate Loans | $600,000.00 appx. |
| Stock Boise, LLC | Commercial Real Estate Loans | $960,000.00 appx. |
| Tate, Edwin Noah | Commercial Real Estate Loans | $708,000.00 appx. |
| Triple B, LLC | Commercial Real Estate Loans | $650,000.00 appx. |
| Willis, James and JoAnn | Commercial Real Estate Loans | $215,000.00 appx. |
| | | |
| TOTAL: | | $5,568,000.00 appx. |

EXHIBIT A