Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Idaho Bar No. 2984

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.  17-01458-JDP |
| | ) | Chapter  7 |
| SHILOH MANAGEMENT SERVICES, INC., | ) ) ) | |
| Debtors. | ) ) | |

CORPORATE OWNERSHIP STATEMENT

COMES NOW, Gery W. Edson, attorney for the Petitioning creditors for Shiloh Management Services, Inc., and represents to the Court the following:

1. That Shiloh Management Services, Inc., is the successor company to Shiloh Investments, Inc., which was an Idaho corporation which changed its name to Shiloh Management Services, Inc., on December 4, 2013.

2. That to the best of the Petitioning Creditors' knowledge and belief, Shiloh Management Services, Inc., is a closely held for profit corporation whose principal shareholder and chief executive officer and registered agent is:

Nathan Ward Pyles, President and Registered Agent
6268 W. Lake Hazel Rd.
Nampa, ID  83687

3. That counsel for Shiloh Management Services, Inc., Jeffrey Kaufman, has indicated his intent to file a Chapter 7 proceeding on behalf of the Debtor which has not

CORPORATE OWNERSHIP STATEMENT Page 1

materialized in the approximate one month since those representations were made and the creditors find it imperative to bring the case to the Court to halt what are otherwise fraudulent activities.

4. That more than 20 known creditors have actively participated in the preparation of the Petition and hold claims in excess of $5.5 million.

DATED: November 1, 2017

                                              GERY W. EDSON, P.A.,

                                   By /s/ Gery W. Edson
                                        Gery W. Edson, Attorney for
                                        Petitioning Creditors