Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Idaho Bar No. 2984
Email:  gedson@gedson.com
Attorney for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.  17-01458-JDP |
| | ) | Chapter  7 |
| SHILOH MANAGEMENT | ) | |
| SERVICES, INC., | ) | AFFIDAVIT OF ROGER BUTTON IN SUPPORT |
| | ) | OF EX PARTE MOTION FOR IMMEDIATE |
| Debtors. | ) | APPOINTMENT OF CHAPTER 7 TRUSTEE |
| _____ | ) | |

| | |
|---|---|
| STATE OF IDAHO | ) |
| | ) .ss |
| COUNTY OF ADA | ) |

Roger Button, being first duly sworn upon oath, deposes and says:

1.      That I am the Manager of Triple B, LLC, a Petitioning Creditor in the above Chapter 7 proceeding.

2      That I am personally familiar with Nathan Pyles and Shiloh Management Services, Inc. as a result of having invested money with both over a period of approximately five years.

3.      That Triple B, LLC is the investment entity I used for making real estate investments both with Nathan Pyles and Shiloh Management Services, Inc.

4.      That at the present time, I hold a Deed of Trust as security for a Promissory Note in the amount of $150,000.   The Deed of Trust serving as collateral is pledged against real property commonly referred to as 6268 W. Lake Hazel Rd., Nampa, Idaho 83687.

5.      That I share a first lien position on the above-referenced property with an entity known as Flash Investments, Inc., the principal of which is Bruce Schlaich.

AFFIDAVIT OF ROGER BUTTON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE
APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 1

6.      That until very recently, October, 2017, the above-referenced property was used as Nathan Pyles personal residence where he and his family had a menagerie of unusual and exotic animals valued in the tens of thousands of dollars.

7.      That beginning in September, 2017, Mr. Pyles and Shiloh Management Services, Inc., defaulted in its obligations owed to Triple B, LLC, and specifically failed to keep the above-referenced property insured as required by the terms of the Deed of Trust.

8.      That Mr. Pyles has vacated the above property and moved to another residence within the same geographic area in Southern Ada County.

9.      That my collateral is at risk by failing to be insured and many of the items which were previously on site which I was led to believe were owned by Shiloh Management Services, Inc., have been removed.

10.      That Mr. Pyles, personally and through his attorney Jeffrey Kaufman, have informed me and other investors that they were imminently going to file bankruptcy which has not yet occurred.

11.      That through the frustration of learning that Mr. Pyles and Shiloh Management Services, Inc., continued to take proceeds from sales of property without paying any of the entity's debts, did I find it necessary to instruct our counsel, Gery W. Edson, to file the Petition for Involuntary Chapter 7 Bankruptcy.

Further, your affiant sayeth naught.

DATED this 14 day of November, 2017.

Roger Button

AFFIDAVIT OF ROGER BUTTON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 2

SUBSCRIBED AND SWORN to before me, this 14th day of November, 2017.

Notary Public for Idaho
Residing at Boise, Idaho
My commission expires: 01/17/18