Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho 83702
Phone:(208) 345-8700
Fax: (208) 389-9449
Idaho Bar No. 2984
Email: gedson@gedson.com
Attorney for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-01458-JDP |
| | ) | Chapter 7 |
| SHILOH MANAGEMENT | ) | |
| SERVICES, INC., | ) | AFFIDAVIT OF SHAWN DAMMARELL |
| | ) | IN SUPPORT OF EX PARTE MOTION |
| Debtors. | ) | FOR IMMEDIATE APPOINTMENT OF |
| | ) | TRUSTEE |

STATE OF IDAHO    )
                 ) .ss
COUNTY OF ADA    )

Shawn Dammarell, being first duly sworn upon oath, deposes and says:

1.  That I am both the Trustee and beneficiary of the Borses Family Trust.

2.  That as Trustee, I made the decision to invest in Shiloh Management Services, Inc.'s real estate business.

3.  That I became familiar with Shiloh Management Services and Nate Pyles through my financial advisor, Frank Youngstrom.

4.  That I have subsequently learned that Mr. Youngstrom received payments directly from Nathan Pyles and/or Shiloh Management Services, Inc., for each investor that he brought in to invest in these real estate schemes.

5.  That Mr. Pyles represented to me that each of my investments would be secured by a first deed of trust lien position against real property to secure my repayment.

AFFIDAVIT OF SHAWN DAMMARELL IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 1

6. That I invested $150,000 in a property identified as 20018 Silver Spur Drive, Wilder, Idaho.

7. That after obtaining a report from Pioneer Title Company, I learned that my $150,000 first lien position is in fact divided between a $75,000 first deed of trust with an intervening second owed to another investor in the amount of $113,000 and that the remaining $75,000 of my investment is actually in third position.

8. That in addition to the amounts owed on the Deeds of Trust, there is approximately $92,000 owed on a mechanic and materialmen's lien owed to Liberty Construction.

9. That the above-referenced real property consists of a lot valued at approximately $40,000 and only a partially completed single family residence which has, as I have mentioned, $92,000 in liens owed against it for unpaid construction costs.

10. That the home which is under construction has not been winterized and only has tar paper on the roof although shingles are located on site, they have not been installed and the property has gone uninsured since September.

11. That both my investment and that of the investor in second position, are at immediate risk of loss as a result of the incomplete construction, the filing of a mechanic's lien and the property's vicarious and unfinished condition.

12. That I would not have invested money with Mr. Pyles or Shiloh Management had I not been recommended to do so by Frank Youngstrom. At the time I made the investment, I was unaware he would be compensated for the referral.

Further, your affiant sayeth naught.

DATED this 14th day of November, 2017.

*Shawn Dammarell* (signature)

Shawn Dammarell

AFFIDAVIT OF SHAWN DAMMARELL IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 2

SUBSCRIBED AND SWORN to before me, this 14th day of November, 2017.

_____
Notary Public for Idaho
Residing at Boise, Idaho
My commission expires: 01/17/18

[Notary Seal: TAMMY R. FUREY, NOTARY PUBLIC, STATE OF IDAHO]

AFFIDAVIT OF SHAWN DAMMARELL IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 3