Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Idaho Bar No. 2984
Email: gedson@gedson.com
Attorney for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.  17-01458-JDP |
| | ) | Chapter  7 |
| SHILOH MANAGEMENT | ) | |
| SERVICES, INC., | ) | AFFIDAVIT OF GERY W. EDSON |
| | ) | IN SUPPORT OF EX PARTE MOTION |
| Debtors. | ) | FOR IMMEDIATE APPOINTMENT OF |
| | ) | TRUSTEE |

STATE OF IDAHO          )
                        ) .ss
COUNTY OF ADA           )

Gery W. Edson, being first duly sworn upon oath, deposes and says:

1. That I am an attorney licensed to practice law in the State of Idaho and represent the Petitioning Creditors in this involuntary proceeding.

2. That in my capacity as counsel for the Petitioning Creditors, I wrote to counsel for Debtor, Jeffrey P. Kaufman, by letter dated October 5, 2017.  A copy of that letter is attached hereto marked as Exhibit "A."

3. That although the above letter speaks for itself, it contains demands made against Mr. Pyles and Shiloh Management Services for among other things, payment in full of all Notes owed to investors, demands that Mr. Pyles personally file bankruptcy in addition to Shiloh Management, and advises that if Mr. Pyles refused such filing, that an involuntary Petition would be filed against him personally and Shiloh Management, Inc.  The letter likewise sought release of certain escrowed and

AFFIDAVIT OF GERY W. EDSON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 1

unused funds earmarked for building projects which were never undertaken by Shiloh. A deadline of October 13, 2017, was imposed by which the creditors intended to file an Involuntary Petition.

4. That the Petitioning Creditors extended the initial deadline by which Mr. Kaufman could file Chapter 7 Petitions on behalf of Mr. Pyles and Shiloh Management, on the representation that Mr. Pyles was to close additional real estate transactions before filing.

5. That when the deadline came and passed, the Petitioning Creditors took it upon themselves to initiate the involuntary filing on November 1, 2017.

6. That based upon discussions with Mr. Kaufman, I prepared Stipulations consenting to jurisdiction and entry of an order for Chapter 7 relief. Mr. Kaufman refused to sign the Stipulations indicating his client wished to close two more real estate transactions.

7. That the Petitioning Creditors strenuously objected to allow additional closing which would result in more cash going to Mr. Pyles rather than the management of a Chapter 7 Trustee.

8. As seen from a correspondence from Mr. Kaufman to Jesse Hamilton dated November 14, 2017, (copy attached hereto as Exhibit "B") Mr. Kaufman is attempting to prohibit Pioneer Title from sharing the closing statement associated with the Ebenezer sale which clearly indicates excess funds going to the Debtor.

9. That as of October 23, 2017, the Shiloh Management, Inc., had 51 properties titled in its name in Canyon County alone. Mechanic's liens exist against eleven of those properties. No action is being taken to secure or protect those assets or to insure them from loss.

10. That proceeds from the previous sales in October have been used by Nathan Pyles for his own personal use and not for expenses of or to preserve the assets of Shiloh Management Services, Inc.

AFFIDAVIT OF GERY W. EDSON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 2

DATED this 14th day of November, 2017.

_____
Gery W. Edson

SUBSCRIBED AND SWORN to before me, this 14th day of November, 2017.

_____
Notary Public for Idaho
Residing at Boise, Idaho
My commission expires: 01/17/18

AFFIDAVIT OF GERY W. EDSON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 3

LAW OFFICE OF

# GERY W. EDSON, P.A.
A Professional Corporation

250 South Fifth Street, Suite 820
Post Office Box 448
Boise, Idaho 83701-0448

Telephone: (208) 345-8700
Facsimile: (208) 389-9449
Email gedson@gedson.com

Idaho License No. 2984

October 5, 2017

VIA EMAIL – Jeffrey@dbclarklaw.com
and REGULAR U.S. MAIL

Jeffrey P. Kaufman
Law Office of D. Blair Clark, PC
1509 Tyrell Lane, Suite 180
Boise, ID 83706

Re: Nathan R. Pyles/Shiloh Management Services, Inc.

Dear Jeff:

  This will serve as a follow-up to my communication with you earlier this week regarding Mr. Pyles and his company. For your records, please be advised that this firm represents Roger Button; Triple B, LLC; Steve Mednicoff dba Stock Boise; Bruce and Linda Schlaich; and Flash Investments, LLC. I am also in discussion with Steve and Melissa Bowdren who may ultimately become clients in relation to this matter. In addition, Kevin Dinius has advised me that his office is representing various clients including Janelle Nelson and other family members with whom your client is familiar.

  The purpose of this letter is essentially threefold:

  First, demand is hereby made for payment in full on all of the Notes executed by Mr. Pyles in favor of my clients. Since, according to the information you provided me this week, Mr. Pyles does not intend to file for bankruptcy personally, he is liable on all those Notes. I will forward under separate cover, the instruments that identify Mr. Pyles as the maker on numerous Notes.

  Second, I am demanding that funds being held at Pioneer Title Company in relation to deposited escrowed funds by my clients be immediately surrendered. A list of those properties and the various escrows will also be sent under separate cover. If Mr. Pyles refuses to execute those releases, we will sue him, among other things, for conversion.

Exhibit A

October 5, 2017
Page 2

    Finally, after conducting our own investigation, we have reached the inescapable conclusion that the relationship between Mr. Pyles and his entities are a sham, that any debts, liabilities and assets are essentially the same and that numerous items which you may assert are the individual properties of Mr. Pyles, should be incorporated in and treated as part of any potential bankruptcy filing by either Mr. Pyles or the Shiloh entities. Those assets, at a minimum, include, but are not limited to: two airplanes; the property at Lake Hazel Lane (which property is titled in the name of the entity, but is used as Mr. Pyles' personal residence and is claimed under his homestead exemption); a 2003 Jaguar four door automobile; 1967 Ford Pickup; 2016 utility trailer; numerous guns; collectibles; registered automatic weapons including a 50 cal. machine gun; and exotic birds and other livestock, including two black swans.

    I mention the personal property items specifically so that you understand your obligation under Rule 11 to make adequate and complete inquiry as to the assets of your client and to specifically inform Mr. Pyles that any attempt to transfer, encumber, sell, dispose, sequester, or hide any of the above including cash, securities, or other items may subject him to personal liability, including any transfers of weapons which require ATF registration and prior consent before they may be transferred from his residence, sold to a third party or used beyond his premise.

    Given the circumstances as we currently understand them and as we continue to discover, it is our intent to file an involuntary Chapter 7 against Mr. Pyles if you elect to leave him off the initial filing on behalf of Shiloh. My clients will also be working with appropriate authorities to bring the fraudulent conduct which has occurred to the authorities' attention.

    I would appreciate your immediate response to these specific queries and provide me written assurance that the personal property assets enumerated have not and will not be transferred, encumbered or sequestered. Again, I remind you of your own personal obligation under Rule 11 to make an adequate inquiry of the status of these matters and to report appropriate findings.

    Our deadline for your response is October 13, 2017 at 4:00 pm. Barring a response or filing which would prohibit further action on our part, we intend to take all necessary and appropriate steps to insure that this fraudulent conduct ceases and the appropriate parties are held accountable and brought under the jurisdiction of the Bankruptcy Court.

    I look forward to your early response and will be available either at my office or by cell phone at (208) 859-8711. I look forward to working with you in this rather unusual and unfortunate case or cases. Thank you for your consideration.

    Yours very truly,

    GERY W. EDSON, P.A.,
    Gery W. Edson

GWE/t
cc: Clients

From: **Tammy R. Furey** tfurey@gedson.com
Subject: Fwd:
Date: November 14, 2017 at 4:11 PM
To:



---

**From:** Jeffrey P. Kaufman [mailto:jeffrey@dbclarklaw.com]
**Sent:** Tuesday, November 14, 2017 2:15 PM
**To:** Jesse Hamilton
**Subject:** RE:

Jesse,

Without a subpoena, or other like court order, I respectfully ask that you refrain from disclosing any information regarding Shiloh Management Services, Inc you would other not disclose to the general public or inquiring minds.. That includes the amount of any proceeds, or other seller's closing costs. I do not believe Mr. Edson, or any of his clients, are entitled to such information (without a subpoena, or a like court order).

I don't mind the disclosure that these properties are being sold or the dates of the scheduled closings, as that is information already generally known. However, the disclosure of financial information and whether Shiloh anticipates to receive any proceeds from the sale is not information already generally known and Shiloh does not authorize the release of such information at this time.

Cordially,


Jeffrey P. Kaufman
Associate Attorney,
Law Offices of D. Blair Clark, PC
<u>1509 Tyrell Ln., Ste. 180</u>
<u>Boise, Idaho  83706</u>
Ph.208.475.2050
Fx.208.475.2055
<u>www.dbclarklaw.com</u>
<u>https://idahobk.wordpress.com/</u>

Sign documents and then convert them into .pdfs with Camscanner!
App available at the <u>Google Play</u> and the <u>Apple App</u> stores.

NOTICE: This e-mail, including attachments, constitutes a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (208) 475-2050, so that our address record can be corrected. Thank you.

Exhibit B