Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Idaho Bar No. 2984
Email:  gedson@gedson.com
Attorney for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | Bankruptcy No.  17-01458-JDP |
| ) | Chapter  7 |
| SHILOH MANAGEMENT ) | |
| SERVICES, INC., ) | AFFIDAVIT OF JESSE HAMILTON |
| ) | IN SUPPORT OF EX PARTE MOTION |
| Debtors. ) | FOR IMMEDIATE APPOINTMENT OF |
| ) | TRUSTEE |

| | |
|---|---|
| STATE OF IDAHO ) | |
| ) .ss | |
| COUNTY OF ADA ) | |

Jesse Hamilton, being first duly sworn upon oath, deposes and says:

1.     That I am a licensed attorney for the State of Idaho and am Senior Vice President of Pioneer Title Company.

2.     That Pioneer Title Company has two open orders for perspective closings of real property involving Shiloh Management Services as the Seller.   One closing involves property described as  20034 Ebenezer Lane.

3.     That the real property commonly referred to as 20034 Ebenezer Lane has claims by three lien creditors.

4.     That one of the liens against the property is a Deed of Trust in favor of Kingdom Trust FBO Frank Youngstrom IRA, which lien was originally questioned by a Pioneer Title employee as it involved the re-recording of a Deed of Trust with a different legal description from

AFFIDAVIT OF JESSE HAMILTON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 1

the initial Deed of Trust and that the re-recorded Deed of Trust with the amended legal description did not appear to be properly signed and notarized by the Grantor. Shiloh and Youngstrom, acting through their respective counsel, subsequently agreed to have the re-recorded Deed of Trust re-signed and re-notarized by Shiloh with the correct legal description attached and concurrently recorded through the escrow closing. Very recently, counsel for Shiloh and Youngstrom indicated a desire to not record a corrective Deed of Trust and instead handle the Youngstrom payoff through a separate escrow agreement. Affiant has not yet seen a draft of the proposed escrow agreement.

5. That in the weeks since the order was originally opened with Pioneer Title, I have had personal communication with Jeffrey Kaufman, counsel representing Shiloh Management Services, Shelia Schwager representing Frank Youngstrom, and Gery Edson on behalf of the Petitioning Creditors for the involuntary bankruptcy filings against Shiloh Management and Nathan Pyles.

6. That Pioneer Title has agreed to close the transaction and insure the Buyer and the Buyer's lender subject to the loan payoff proceeds in favor of Kingdom Trust FBO Frank Youngstrom IRA and the Seller net proceeds in favor of Shiloh Management be held by a third party escrow agent, which escrow agent will be chosen by counsel for Shiloh Management and counsel for Frank Youngstrom and subject further to Mr. Youngstrom's unconditional instruction to release and reconvey the subject Deed(s) of Trust in his favor encumbering the subject real property.

AFFIDAVIT OF JESSE HAMILTON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 2

Further, your affiant sayeth naught.

DATED this 14th day of November, 2017.

_____
Jesse Hamilton

SUBSCRIBED AND SWORN to before me, this 14th day of November, 2017.

_____
Notary Public for Idaho
Residing at Boise, Idaho
My commission expires: 8|18|2020

JESSICA KEITH
NOTARY PUBLIC
STATE OF IDAHO

AFFIDAVIT OF JESSE HAMILTON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 3