Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho 83702
Phone:(208) 345-8700
Fax: (208) 389-9449
Idaho Bar No. 2984
Attorney for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Bankruptcy No. 17-01458-JDP |
|---|---|---|
| | ) | Chapter 7 |
| SHILOH MANAGEMENT | ) | |
| SERVICES, INC., | ) | AFFIDAVIT OF JAYME MILLER IN SUPPORT |
| | ) | OF EX PARTE MOTION FOR IMMEDIATE |
| Debtors. | ) | APPOINTMENT OF CHAPTER 7 TRUSTEE |
| | ) | |

STATE OF IDAHO      )
                    ) .ss
COUNTY OF ADA       )

Jayme Miller, being first duly sworn upon oath, deposes and says:

1. That I worked for Nathan Pyles and Shiloh Management Services, Inc., for the past year performing services as Office Manager.

2. That I was instructed to create a limited liability company to be an "independent contractor" while doing work for Nathan Pyles and Shiloh Management Services.

3. That I created a limited liability company under the name of "Jayme Miller Office Management, LLC" and was paid by Mr. Pyles through the LLC.

4. That when I began working for Mr. Pyles the checks that I was provided to pay office bills were on an account with Chase Bank and were under the name of Shiloh Management Services.

5. That within a few months of my employment, Mr. Pyles switched the account from Chase to D.L. Evans Bank through an account in the name of "Clear Portal."

AFFIDAVIT OF JAYME MILLER IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE
APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 1

6. That approximately six months ago, I was given a different stack of signed checks, and informed by Mr. Pyles to use these instead of the D.L. Evans account under a new account at Icon. This time the account name was back to Shiloh Investments or Shiloh Management.

7. That on Friday, October 6, 2017, I was contacted by one of the investors, Steve Mednicoff who is the principal of Stock Boise, LLC. Mr. Mednicoff informed me that Mr. Pyles' business was ending and that the investors were trying to locate Mr. Pyles.

8. That October 6th was a Friday and I was due for my weekly salary check so I contacted Mr. Pyles immediately.

9. That Mr. Pyles initially indicated that the investors were wrong and that he would have checks for me that day to make payments and that he would pay me my check as well as the other people performing services including Lisa the cleaner and Gary the handyman. The following Monday, October 9, 2017, I met with Mr. Pyles where he cried and admitted to me that the business had failed, that he was having to close down and that I should go to the office located at the Longbranch Building, 16 12th Ave. South, Suite 114, Nampa, Idaho 83651, and clean out the office equipment, files and materials.

10. That when I arrived at the building, the property manager of Terra Corporation, advised that we could not remove anything due to the amount of back rent that was owed. He did allow me to remove my personal belongings only. The office furniture and Shiloh Files where all left in the office.

11. That in my last meeting with Mr. Pyles, I was paid by a cashier's check drawn on Idaho Central Credit Union.

Further, your affiant sayeth naught.

DATED this 14th day of November, 2017.

_____
Jayme Miller

SUBSCRIBED AND SWORN to before me, this 14th day of November, 2017.

_____
Notary Public for Idaho
Residing at Boise, Idaho
My commission expires: 1-12-2018