Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, Idaho  83702
Phone:(208) 345-8700
Fax:  (208) 389-9449
Idaho Bar No. 2984
Email:  gedson@gedson.com
Attorney for Petitioning Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Bankruptcy No.  17-01458-JDP |
|---|---|---|
|  | ) | Chapter  7 |
| SHILOH MANAGEMENT | ) |  |
| SERVICES, INC., | ) | AFFIDAVIT OF FRANK PRESTON |
|  | ) | IN SUPPORT OF EX PARTE MOTION |
| Debtors. | ) | FOR IMMEDIATE APPOINTMENT OF |
|  | ) | TRUSTEE |

| STATE OF IDAHO | ) |
|---|---|
|  | ) .ss |
| COUNTY OF ADA | ) |

Frank Preston, being first duly sworn upon oath, deposes and says:

1.      That I am the Managing Member of Frank Preston IRA, LLC, a Petitioning Creditor in the above Chapter 7 proceeding.

2.      That I have invested virtually all my life's savings and retirement funds, consisting of approximately $1.1 million, in real estate investments with Nate Pyles and Shiloh Investment Services, Inc.

3.      That I am currently 73 years old and have relied on the income generated from those investments for my monthly expenses.

4.      That Mr. Pyles represented to me that all of my investments would be secured by a first deed of trust lien positions on real property.

AFFIDAVIT OF FRANK PRESTON IN SUPPORT OF EX PARTE MOTION FOR IMMEDIATE
APPOINTMENT OF CHAPTER 7 TRUSTEE - Page 1

5.  That I hold a Note secured by a Deed of Trust in the amount of $113,000 on property described as 20018 Silver Spur Drive, Wilder, Idaho, which consists of a single family residential lot and only a partially framed house which was being constructed by Liberty Construction.

6.  That I recently discovered that my Deed of Trust is actually in second position behind the Borses Family Trust and that liens in the approximate amount of $92,000 have been filed by the builder, Liberty Construction.

7.  That no insurance exists on the property since approximately September, 2017, in direct breach f the language of the Deed of Trust.

8.  That my real estate investments have been made under the names of both of Hoggity Hill, LLC, and Frank Preston IRA, LLC. I am an investor in both entities.

DATED this 14 day of November, 2017.

_____
Frank Preston

SUBSCRIBED AND SWORN to before me, this 14th day of November, 2017.

_____
Notary Public for Idaho
Residing at Boise, Idaho
My commission expires: 01/17/18