# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

_____

| | |
|---|---|
| In Re: | |
| | |
| **Shiloh Management Servies Inc.,** | **Bankruptcy Case No. 17-01458-JDP** |
| **Debtor.** | |

_____

## ORDER DIRECTING APPOINTMENT
## OF INTERIM TRUSTEE

_____

This involuntary chapter 7 case was commenced on November 1, 2017, by the filing of an Involuntary Petition under Chapter 7; and Amended Involuntary Petition was also filed on November 1.  Dkt. Nos. 1, 5.  On November 13, 2017, the Petitioning Creditors named in the Involuntary Petition filed an Ex Parte Motion for Immediate Appointment of Chapter 7 Trustee ("the Motion").  Dkt. No. 12.  Upon review of the Motion, in an Order for Hearing, Dkt. No. 13, the Court declined to grant any relief without a hearing after notice to Debtor, and the submission of additional affidavits.   The Court conducted on the hearing on November

**ORDER DIRECTING APPOINTMENT OF INTERIM TRUSTEE**-1

17, 2017, at which counsel for Petitioning Creditors appeared and argued.
Counsel for the U.S. Trustee appeared and was heard.  While it appears
from the record that Debtor a copy of the Motion, supporting affidavits,
and the Order for Hearing were personally served, Debtor has not filed
any opposition to the Motion, and did not appear at the hearing, in person
or at all.

11 U.S.C. § 303(g) provides that "the [bankruptcy] court, on request
of a party in interest, after notice to the debtor and a hearing, and if
necessary to preserve the property of the estate or to prevent loss to the
estate . . . may order the United States trustee to appoint an interim trustee
under section 701 of [title 11] to take possession of the property of the
estate and to operate any business of the debtor."  Fed. R. Bankr. P. 2001(a)
provides that, following the commencement of an involuntary liquidation
case and before the order for relief, upon motion, the bankruptcy court
may order the appointment of an interim trustee if the motion sets forth
"the necessity for the appointment" and "only after hearing on notice to
the debtor, the petitioning creditors, the United States trustee, and other

**ORDER DIRECTING APPOINTMENT OF INTERIM TRUSTEE**-2

parties in interest as the court may direct."  After review of the Motion, the

various affidavits submitted in support of the Motion, the arguments of

counsel, and the record, the Court finds and concludes that good cause has

been shown to grant the relief requested in the Motion and for the Court to

order the appointment of an interim trustee pending the final adjudication

of the issues raised by the Involuntary Petition.  Accordingly, for good

cause shown,

**IT IS HEREBY ORDERED THAT** the Motion be and is hereby

**GRANTED**, and that, pursuant to 11 U.S.C. § 303(g) and Fed. R. Bankr. P.

2001(a), the U.S. Trustee is hereby directed to immediately appoint an

interim trustee under 11 U.S.C. § 701(a) in this case to take possession of,

and to preserve and prevent any loss to, any property of the estate, and,

subject to the interim trustee's discretion, to operate Debtor's business, all

pending final adjudication of the issues raised by the Involuntary Petition

filed herein, or until further order of this Court.

///

///

**ORDER DIRECTING APPOINTMENT OF INTERIM TRUSTEE**-3

Dated:  November 17, 2017

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

**ORDER DIRECTING APPOINTMENT OF INTERIM TRUSTEE-4**