David W. Newman, ISBN 8251
Assistant United States Trustee
Mary P. Kimmel, ISBN 3786
Brett R. Cahoon, ISBN 8607
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) Case No. 17-01458-TLM |
| | ) Chapter 11 |
| Shiloh Management Services, Inc. | ) |
| | ) |
| Debtor. | ) |
| | ) |

### NOTICE OF APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE

Pursuant to 11 U.S.C. §§ 303(g) and 701, and the Court's Order Directing Appointment of Interim Trustee (Doc. 32), the below named trustee is appointed as the interim chapter 7 trustee in the above-captioned case to serve under the Trustee's blanket bond.

> Noah G. Hillen
> PO Box 6538
> Boise, Idaho 83707
> 208-297-5774

Unless the Trustee notifies the Acting United States Trustee and the Court, in writing, of his or her rejection of the appointment within seven days after receipt of this notice, the Trustee shall be deemed to have accepted the appointment.

-2-

Date: November 17, 2017                    GAIL BREHM GEIGER
                                           Acting United States Trustee Region 18

                                           By: /s/ Brett R. Cahoon
                                           BRETT R. CAHOON
                                           Attorney for United States Trustee
                                           [Non-ECF]brett.r.cahoon@usdoj.gov