Rudy L. Patrick ISBN 6138
The Patrick Law Group
129 E. Pine Avenue
Meridian, Idaho 83642
Telephone: 888-602-6186
Facsimile: 888-620-7705
office@rudypatrick.com

Attorney for Creditor in Bankruptcy No. 17-01458-JDP

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Shiloh Management Services, Inc.<br>aka Shiloh Investments, Inc., aka Clear Portal, aka Gilgal Development, aka England Group, Inc.<br>6268 W. Lake Hazel Rd.<br>Nampa, ID 83687<br><br>Debtor | Case No. 17-01458-JDP<br><br>CHAPTER 7 |

## CREDITOR'S REQUEST FOR NOTICE

TO THE CLERK:

Creditor Liberty Enterprises, LLC., Manager Walt Holton, hereby requests notice of all moving papers, notices and/or pleadings in this proceeding, to be duly served upon its attorney, Rudy L. Patrick of The Patrick Law Group, 129 E. Pine Ave, Meridian, Idaho 83642.

Dated this 17th day of November, 2017.

/s/      *Rudy L. Patrick*
Rudy L. Patrick, of the firm
Attorney for Creditor Liberty Enterprises, LLC.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of November, 2017, I electronically filed the **CREDITOR'S REQUEST FOR NOTICE** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below via Electronic Notification and more fully reflected on the Notice of Electronic Filing:

Noah Hillen ngh@hillenlaw.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

On the 20th day of November, 2017, I sent the above referenced documents via first class postal mail to each party listed below, via US Mail with postage pre-paid:

Shiloh Management, Inc.
c/o Nathan Pyles, Registered Agent
6268 W. Lake Hazel Road
Nampa, Idaho 83687

/s/    Rudy L. Patrick
Rudy L. Patrick