D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK, PC
1509 Tyrell Lane, Suite 180
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email jeffrey@dbclarklaw.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 17-01458-JDP |
| SHILOH MANAGEMENT SERVICES, INC. | Chapter 7 |
| Debtor. | |

## DEBTOR'S NOTICE OF NON-OPPOSITION TO INVOLUNTARY PETITION

COMES NOW Shiloh Management Services, Inc. ("Shiloh"), by and through its attorney, Jeffrey P. Kaufman, of the Law Office of D. Blair Clark, PC, and hereby notifies the Court that it does not oppose the involuntary petition that commenced this case on November 1, 2017.

Dated this 30th day of November, 2017.

LAW OFFICE OF D. BLAIR CLARK, PC

By: */s/ Jeffrey P. Kaufman*
    Jeffrey P. Kaufman,
    Attorneys for Debtor

## DECLARATION OF DEBTOR

I, Nathan Pyles, am the President of Shiloh Management Services, Inc. and I hereby declare under the penalty of perjury that approve the foregoing Debtor's Notice of Non-opposition to Involuntary Petition.

Dated this __30__ day of November, 2017.

_____
Shiloh Management Services, Inc., by
Nathan Pyles, President

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2017, I filed a true and correct copy of the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Noah G. Hillen, Chapter 7 Trustee
ngh@hillenlaw.com

Matthew Todd Christensen, representing the Chapter 7 Trustee
mtc@angstman.com

Gery Edson, representing William and Ann Brinkley, Flash Investments, LLC, Frank Preston IRA, LLC, Lanny Johnson, Janelle Nelson, Jere and Sally Robertson, Stock Boise, LLC, Edwin Noah Tate, Triple B, LLC, and James and JoAnn Willis
gedson@gedson.com

Kelly Green McConnell and Amber Nicole Dina, representing Inland Capital, LLC and Inland Capital Fund, LLC
litigation@givenspursley.com, amberdina@givenspursley.com

Rudy Patrick, representing Liberty Enterprises, LLC
rudy@rudypatrick.com

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**None**

Via certified mail, return receipt requested, addressed as follows:

**None**

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey P. Kaufman
　　　　　　　　　　　　　　　　　　　　Jeffrey P. Kaufman