# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In re:

SHILOH MANAGEMENT SERVICES, INC.,

    Debtor.

Case No. 17-01458-JDP

Ch 7

## Order for Relief in an Involuntary Case

On consideration of the petition filed on November 1, 2017, against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (Title 11 of the U.S. Code) is hereby granted.

//end of text//

Dated: December 1, 2017

Honorable Jim D. Pappas
United States Bankruptcy Judge