**Fill in this information to identify the case:**

Debtor name    **Shiloh Managment Services, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    **17-01458**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12-15-17    x _____
                                        Signature of individual signing on behalf of debtor

                                        **Nathan Ward Pyles**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name      **Shiloh Managment Services, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   **17-01458**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $   **5,800,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................   $   **78,525.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................   $   **5,878,525.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **10,563,438.93**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................   +$   **4,126,319.38**

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b                                                                                     $   **14,689,758.31**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Shiloh Managment Services, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    **17-01458**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Chase Bank** | **Business checking account** | 9526 | $0.00 |
| 3.2. | **ICON Credit Union** | **Business Checking** | 9100 | $0.00 |
| 3.3. | **Idaho Central Credit Union** | **Checking** | | $500.00 |
| 3.4. | **Idaho Central Credit Union** | **Savings** | | $25.00 |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | **Funds in escrow at Pioneer Title Co. to be released to Debtor** | | | $9,500.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $10,025.00 |
|---|

**Part 2:**     **Deposits and Prepayments**

Debtor    **Shiloh Managment Services, Inc.**                          Case number *(If known)*  **17-01458**
          Name

6. **Does the debtor have any deposits or prepayments?**

  ■ No.  Go to Part 3.
  ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

  ■ No.  Go to Part 4.
  ☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

  ■ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ■ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 2

| Debtor | **Shiloh Managment Services, Inc.** | Case number *(If known)* **17-01458** |
|---|---|---|
| | Name | |

| Dump Trailer | $0.00 | | $8,500.00 |
|---|---|---|---|

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $8,500.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Bare land at:**<br>**20189 Silver Spur**<br>**Wilder, Idaho 83687** | Fee Simple | Unknown | N/A | $40,000.00 |
| 55.2. **Bare land at:**<br>**20157 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | N/A | $40,000.00 |
| 55.3. **Bare land at:**<br>**20125 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | | $40,000.00 |
| 55.4. **Bare land at:**<br>**20093 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | | $40,000.00 |
| 55.5. **Bare land at:**<br>**20194 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | | $40,000.00 |
| 55.6. **Bare land at:**<br>**20172 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | | $40,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | | | Case number *(If known)* **17-01458** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.7. | **Bare land at:**<br>**20150 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $40,000.00 |
| 55.8. | **Bare land at:**<br>**20128 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $40,000.00 |
| 55.9. | **Bare land at:**<br>**20106 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $40,000.00 |
| 55.10.· | **Bare land at:**<br>**20084 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $40,000.00 |
| 55.11.· | **Bare land at:**<br>**20040 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $40,000.00 |
| 55.12.· | **Bare land at:**<br>**20018 Silver Spur**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $40,000.00 |
| 55.13.· | **Bare land at:**<br>**20154 Ebenezer Lane**<br>**Caldwell, ID 83607** | Fee Simple | Unknown | $35,000.00 |
| 55.14.· | **Bare land at:**<br>**Bellomy Lane**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $30,000.00 |
| 55.15.· | **Bare land at:**<br>**27580 Wheat Ridge**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $35,000.00 |
| 55.16.· | **Bare land at:**<br>**27620 Petolla Road**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $35,000.00 |
| 55.17.· | **Bare land at:**<br>**Fargo Road**<br>**Wilder, ID 83687** | Fee Simple | Unknown | $45,000.00 |
| 55.18.· | **Bare land at:**<br>**17182 Sand Hallow**<br>**Caldwell, ID 83607** | Fee Simple | Unknown | $250,000.00 |
| 55.19.· | **Bare land at:**<br>**27790 Ustick**<br>**Caldwell, ID 83607** | Fee Simple | Unknown | $60,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Shiloh Managment Services, Inc.**                        Case number *(If known)*  **17-01458**
Name

| | | | | |
|---|---|---|---|---|
| 55.20. | **Bare land at:**<br>**123 14th Avenue**<br>**North**<br>**Nampa, ID 83651** | Fee Simple | Unknown | $80,000.00 |
| 55.21. | **Bare land at:**<br>**12191 Gilgal a/k/a**<br>**26499 Cematery**<br>**Road**<br>**Middleton, ID 83644** | Fee Simple | Unknown | $120,000.00 |
| 55.22. | **Bare land**<br>**w/foundation and**<br>**permits at:**<br>**12197 Gilgal**<br>**Middleton, ID 83644** | Fee Simple | Unknown | $100,000.00 |
| 55.23. | **House and 5 acres at:**<br>**9212 Fish Pond**<br>**Melba, ID 83641** | Fee Simple | Unknown | $320,000.00 |
| 55.24. | **House on 1.36 acres**<br>**at:**<br>**19872 Wilson Lane**<br>**Wilder, ID 83676** | Fee Simple | Unknown | $300,000.00 |
| 55.25. | **House on 1.01 acres**<br>**at:**<br>**19925 Wilson Lane**<br>**Wilder, ID 83676** | Fee Simple | Unknown | $300,000.00 |
| 55.26. | **House on 1 acre lot**<br>**at:**<br>**19967 Wilson Lane**<br>**Wilder, ID 83676** | Fee Simple | Unknown | $300,000.00 |
| 55.27. | **House on 1.3 acres**<br>**at:**<br>**27394 Warren Lane**<br>**Wilder, ID 83676** | Fee Simple | Unknown | $300,000.00 |
| 55.28. | **House on 1.27 acres**<br>**at:**<br>**27438 Warren Lane**<br>**Wilder, ID 83676** | Fee Simple | Unknown | $300,000.00 |
| 55.29. | **Bare land at:**<br>**4 Centerpoint Road**<br>**Caldwell, ID 83607** | Fee Simple | Unknown | $30,000.00 |

| Debtor | **Shiloh Managment Services, Inc.** | | Case number *(If known)* **17-01458** | |
|---|---|---|---|---|
| | Name | | | |

| 55.30. | **19944 Wilson**<br>**Wilder, ID 83767** | Fee simple | $0.00 | $300,000.00 |
| 55.31. | **19972 Wilson**<br>**Wilder, ID 83767** | Fee Simple | $0.00 | $300,000.00 |
| 55.32. | **Base land at:**<br>**3 Centerpoint Rd**<br>**Caldwell, ID 83607** | fee simple | $0.00 | $30,000.00 |
| 55.33. | **Base land at:**<br>**5 Centerpoint Rd.**<br>**Caldwell, ID 83607** | fee simple | $0.00 | $30,000.00 |
| 55.34. | **1661 6th Street South**<br>**Nampa, ID 83651** | Fee Simple | $0.00 | $80,000.00 |
| 55.35. | **25978 Chandler**<br>**Wilder, ID 83767** | Fee Simple | $0.00 | $300,000.00 |
| 55.36. | **3807 Wheeler**<br>**Nampa, ID 83686** | Fee Simple | $0.00 | $200,000.00 |
| 55.37. | **16653 Garnett**<br>**Wilder, ID 83767** | Fee Simple | $0.00 | $250,000.00 |
| 55.38. | **134 Delaware** | Fee Simple | $0.00 | $170,000.00 |
| 55.39. | **904 7th Ave. North**<br>**Nampa, ID 83687** | Fee Simple | $0.00 | $130,000.00 |
| 55.40. | **Lot 2 Golden Hills** | Fee Simple | $0.00 | $70,000.00 |
| 55.41. | **Lot 7 Golden Hills** | Fee Simple | $0.00 | $70,000.00 |
| 55.42. | **Lot 14 Golden Hills** | Fee Simple | $0.00 | $70,000.00 |
| 55.43. | **125 1st St. North,**<br>**Nampa, ID 83651** | Fee simple | $0.00 | $180,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Shiloh Managment Services, Inc.**                    Case number *(If known)*  **17-01458**
Name

55.44   **6268 Lake Hazel**
·       **Nampa, ID  83646**

        **Debtor claims an
        equitable interest in
        property, does not
        have legal title.**                          **$0.00**                                    **$500,000.00**

---

56.   **Total of Part 9.**                                                          **$5,800,000.00**

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**$35,000 judgment against Kevin Bech and R 3 Renovations, LLC**<br>**Canyon County Case No. CV-2015-10151** | |
| Nature of claim        **Judgment** | **$35,000.00** |
| Amount requested             **$35,000.00** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |

---

| Debtor | **Shiloh Managment Services, Inc.** | Case number *(If known)* | **17-01458** |
|---|---|---|---|
| | Name | | |

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

   **M-2 .50cal Browning machine gun** _____    $25,000.00

---

78.   **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                    $60,000.00

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor **Shiloh Managment Services, Inc.**                         Case number *(If known)* **17-01458**
        <small>Name</small>

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,025.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $5,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $60,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $78,525.00 | + 91b. $5,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,878,525.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Shiloh Managment Services, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) __**17-01458**__

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Adamson Pump & Drilling, Inc**
Creditor's Name

**1320 Smith Ave.**
**Nampa, ID 83651**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**July, 2017**
Last 4 digits of account number ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Charles Darby**
**2. Courtesy Enterprises, Inc**
**3. Starr Management Services**
**4. Adamson Pump & Drilling, Inc**
**5. Liberty Enterprises, LLC**

Describe debtor's property that is subject to a lien
**House on 1.3 acres at:**
**27394 Warren Lane**
**Wilder, ID 83676**

Describe the lien
**Materialman's lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$4,960.75**

Value of collateral: **$300,000.00**

---

**2.2 Adamson Pump & Drilling, Inc**
Creditor's Name

**1320 Smith Ave.**
**Nampa, ID 83651**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**House on 1.36 acres at:**
**19872 Wilson Lane**
**Wilder, ID 83676**

Describe the lien
**Materialman's lien**

Is the creditor an insider or related party?
☑ No

Amount of claim: **$4,960.75**

Value of collateral: **$300,000.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**July, 2017**

**Last 4 digits of account number**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. MDF & C Investments LLC**

**2. TLP Investments LLC**

**3. TLP Investments LLC**

**4. Triple B LLC**

**5. Triple B LLC**

**6. Adamson Pump & Drilling, Inc**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Adamson Pump & Drilling, Inc** | | $4,960.75 | $300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**

**House on 1.01 acres at:**
**19925 Wilson Lane**
**Wilder, ID 83676**

**1320 Smith Ave.**
**Nampa, ID 83651**

Creditor's mailing address

**Describe the lien**

**Materialman's lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**July, 2017**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. MDF & C Investments LLC**

**2. TLP Investments LLC**

**3. Molly Graham**

**4. Walter McCarthy**

**5. Courtesy Enterprises, Inc**

**6. Adamson Pump & Drilling, Inc**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Adamson Pump & Drilling, Inc** | | $4,960.75 | $300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**

**House on 1 acre lot at:**
**19967 Wilson Lane**
**Wilder, ID 83676**

**1320 Smith Ave.**
**Nampa, ID 83651**

Creditor's mailing address

**Describe the lien**

**Materialman's lien**

---

Debtor   **Shiloh Managment Services, Inc.**                           Case number (*if know*)   **17-01458**
_____ Name

|  | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **July, 2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Triple B LLC**
**2. Tom Jones**
**3. Kingdom Trust Co., Custodian**
**4. Kingdom Trust Co., Custodian**
**5. Jake Bishop**
**6. Triple B LLC**
**7. Susan & Phillip Emerson**
**8. Adamson Pump & Drilling, Inc**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Adamson Pump & Drilling, Inc** | Describe debtor's property that is subject to a lien | $4,960.75 | $300,000.00 |

Creditor's Name

**House on 1.27 acres at:**
**27438 Warren Lane**
**Wilder, ID 83676**

**1320 Smith Ave.**
**Nampa, ID 83651**

Creditor's mailing address

**Describe the lien**
**Materialman's lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No

**July, 2017**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its priority.

**1. Starr Management Services**
**2. Triple B LLC**
**3. Susan & Phillip Emerson**
**4. Kingdom Trust Co., Custodian**
**5. Joan Fothergil**
**6. Susan & Phillip Emerson**
**7. Nick Epper**
**8. Adamson Pump & Drilling, Inc**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Adamson Pump & Drilling, Inc** | Describe debtor's property that is subject to a lien | $4,960.75 | $300,000.00 |

---

Debtor **Shiloh Managment Services, Inc.**                          Case number (if know) **17-01458**

Name

---

Creditor's Name

**1320 Smith Ave.**
**Nampa, ID 83651**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
| --- |
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **1. Charles Darby** |
| **2. Walter McCarthy** |
| **3. Nick Epper** |
| **4. Nick Epper** |
| **5. Adamson Pump & Drilling, Inc** |
| **6. Liberty Enterprises, LLC** |

**19944 Wilson**
**Wilder, ID 83767**

**Describe the lien**
**Materialman's lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Adamson Pump & Drilling, Inc** | **Describe debtor's property that is subject to a lien** | **$4,960.75** | **$300,000.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**1320 Smith Ave.**
**Nampa, ID 83651**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July, 2017**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
| --- |
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **1. Gayle Allen** |
| **2. Dorene Brumbaugh** |
| **3. Walter McCarthy** |
| **4. CNS Company, LLC** |
| **5. Adamson Pump & Drilling, Inc** |

**19972 Wilson**
**Wilder, ID 83767**

**Describe the lien**
**Materialman's lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Adeola Adeyemi** | **Describe debtor's property that is subject to a lien** | **$19,000.00** | **$35,000.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**10096 W. Fairview Ave**
**Ste. 160**
**Boise, ID 83704**

Creditor's mailing address

**Bare land at:**
**27580 Wheat Ridge**
**Wilder, ID 83687**

**Describe the lien**

---

Debtor  **Shiloh Managment Services, Inc.**                                    Case number (if know)   **17-01458**
_____Name_____

**Material Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**                      ■ No

**Last 4 digits of account number**             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**                **As of the petition filing date, the claim is:**
                                                Check that all apply
☐ No
                                                ☐ Contingent
■ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative         ☐ Disputed
priority.
**1. DSA & Associates**
**2. Geoffrey & Hicran Maina**
**3. Adeola Adeyemi**

---

| 2.9 | **Beldon LLC** | Describe debtor's property that is subject to a lien | $208,000.00 | $100,000.00 |

Creditor's Name

**Bare land w/foundation and permits at:
12197 Gilgal
Middleton, ID 83644**

**904 E Maple Street
Caldwell, ID 83605**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**                      ■ No

**Last 4 digits of account number**             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**                **As of the petition filing date, the claim is:**
                                                Check that all apply
☐ No
                                                ☐ Contingent
■ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative         ☐ Disputed
priority.
**1. Janelle Nelson**
**2. Beldon LLC**
**3. Hoggity Hill LLC**

---

| 2.10 | **Bill Brinkley** | Describe debtor's property that is subject to a lien | $20,000.00 | $250,000.00 |

Creditor's Name

**Bare land at:
17182 Sand Hallow
Caldwell, ID 83607**

**287 S Jakes Landing Way
Star, ID 83669**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**                      ■ No

**Last 4 digits of account number**             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**                **As of the petition filing date, the claim is:**
                                                Check that all apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Shiloh Managment Services, Inc.**
Name

Case number (*if know*)    **17-01458**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Stock Boise, LLC**
**2. Christine & Brad Williamson**
**3. Bill Brinkley**
**4. Janelle Nelson**
**5. Stock Boise, LLC**
**6. Bill Brinkley**
**7. Liberty Enterprises, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Bill Brinkley** | Describe debtor's property that is subject to a lien | $50,000.00 | $250,000.00 |

Creditor's Name

**287 S Jakes Landing Way Star, ID 83669**
Bare land at:
**17182 Sand Hallow**
**Caldwell, ID 83607**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

---

| 2.1 2 | **Bill Brinkley** | Describe debtor's property that is subject to a lien | $50,000.00 | $170,000.00 |

Creditor's Name

**287 S Jakes Landing Way Star, ID 83669**
**134 Delaware**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | | Case number (if know) | **17-01458** |
|---|---|---|---|---|
| | Name | | | |

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Bill Brinkley**
**2. Molly Graham**
**3. Walter McCarthy**
**4. Ideal Properties**

---

| 2.1 3 | **Brendan Scott** | | Describe debtor's property that is subject to a lien | $80,000.00 | $30,000.00 |
|---|---|---|---|---|---|

| | Creditor's Name | **Base land at:** |
|---|---|---|

**4900 N. Rd. H**
**Vale, OR 97918**

**3 Centerpoint Rd**
**Caldwell, ID  83607**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Bridger Street Apartments** | | Describe debtor's property that is subject to a lien | $370,000.00 | $500,000.00 |
|---|---|---|---|---|---|

| | Creditor's Name | **6268 Lake Hazel** |
|---|---|---|

| | | **Nampa, ID  83646** |
|---|---|---|

**8737 Craydon Drive**
**Boise, ID 83704-3312**

**Debtor claims an equitable interest in property, does not have legal title.**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**July, 2012**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Charles Darby** | | Describe debtor's property that is subject to a lien | $190,000.00 | $300,000.00 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Shiloh Managment Services, Inc.**                    Case number (if know)   **17-01458**
_____Name_____

| | |
|---|---|
| Creditor's Name | House on 1.3 acres at: |
| | **27394 Warren Lane** |
| **2056 W Grant Teton Drive** | **Wilder, ID 83676** |
| **Meridian, ID 83646** | |
| Creditor's mailing address | **Describe the lien** |
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| | | | |
|---|---|---|---|
| 2.1 6 | **Charles Darby** | Describe debtor's property that is subject to a lien | $190,000.00 | $300,000.00 |
| | Creditor's Name | **19944 Wilson** | |
| | | **Wilder, ID  83767** | |
| | **2056 W Grant Teton Drive** | | |
| | **Meridian, ID 83646** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Deed of Trust** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | | ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | | ■ No | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| | ☐ No | Check all that apply | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Specified on line 2.6** | ☐ Disputed | |

| | | | |
|---|---|---|---|
| 2.1 7 | **Christine & Brad Williamson** | Describe debtor's property that is subject to a lien | $35,000.00 | $250,000.00 |
| | Creditor's Name | **Bare land at:** | |
| | | **17182 Sand Hallow** | |
| | **10126 Bayard Court** | **Caldwell, ID 83607** | |
| | **Orlando, FL 32836** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Deed of Trust** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | | ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | | ■ No | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page  8 of 63

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.10** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 8 | **CNS Company, LLC** | Describe debtor's property that is subject to a lien | $47,500.00 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Bare land at:**<br>**20194 Silver Spur**<br>**Wilder, ID 83687** | | |
| | **13176 Oak Crest Drive**<br>**Yucaipa, CA 92399** | | | |
| | Creditor's mailing address | Describe the lien<br>**Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. CNS Company, LLC**<br>**2. Triple B LLC**<br>**3. Don Thornton** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.1 9 | **CNS Company, LLC** | Describe debtor's property that is subject to a lien | $47,500.00 | $40,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Bare land at:**<br>**20150 Silver Spur**<br>**Wilder, ID 83687** | | |
| | **13176 Oak Crest Drive**<br>**Yucaipa, CA 92399** | | | |
| | Creditor's mailing address | Describe the lien<br>**Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br><br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. CNS Company, LLC**<br>**2. Triple B LLC**<br>**3. Innovative Technologies, Inc**<br>**4. Don Thornton** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor **Shiloh Managment Services, Inc.** | Case number (if know) **17-01458** |
| Name | |

---

**2.2 0**

**CNS Company, LLC**
Creditor's Name

**13176 Oak Crest Driver
Yucaipa, CA 92399**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Triple B LLC
2. CNS Company, LLC
3. Don Thornton**

Describe debtor's property that is subject to a lien    **$54,000.00**    **$40,000.00**
**Bare land at:
20128 Silver Spur
Wilder, ID 83687**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 1**

**CNS Company, LLC**
Creditor's Name

**13176 Oak Crest Driver
Yucaipa, CA 92399**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CNS Company, LLC
2. Triple B LLC
3. Don Thornton**

Describe debtor's property that is subject to a lien    **$40,000.00**    **$40,000.00**
**Bare land at:
20106 Silver Spur
Wilder, ID 83687**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 2**

**CNS Company, LLC**
Creditor's Name

**13176 Oak Crest Driver
Yucaipa, CA 92399**
Creditor's mailing address

Describe debtor's property that is subject to a lien    **$40,000.00**    **$35,000.00**
**Bare land at:
20154 Ebenezer Lane
Caldwell, ID 83607**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Shiloh Managment Services, Inc.**
Name

Case number (*if know*)    **17-01458**

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Triple B LLC**
**2. CNS Company, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 3 | | | | |
|---|---|---|---|---|

**CNS Company, LLC**
Creditor's Name

**13176 Oak Crest Driver
Yucaipa, CA 92399**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**19972 Wilson
Wilder, ID  83767**

$35,000.00    $300,000.00

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 4 | | | | |
|---|---|---|---|---|

**CNS Company, LLC**
Creditor's Name

**13176 Oak Crest Driver
Yucaipa, CA 92399**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**904 7th Ave. North
Nampa, ID  83687**

$62,000.00    $130,000.00

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Stock Boise, LLC**
**2. CNS Company, LLC**
**3. David F. Hills**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Connie Wagner** | Describe debtor's property that is subject to a lien | $20,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bare land at:**
**20040 Silver Spur**
**Wilder, ID 83687**

**3040 N Willow Side Avenue**
**Meridian, ID 83646**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Rhonda Crist**
**2. Connie Wagner**
**3. Self Directed IRA Services**
**4. Preston Roth IRA**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Courtesy Enterprises, Inc** | Describe debtor's property that is subject to a lien | $45,000.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bare land at:**
**Fargo Road**
**Wilder, ID 83687**

**4817 Southside Blvd**
**Nampa, ID 83686**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Janelle Nelson**
**2. Courtesy Enterprises, Inc**
**3. Daniel Becarra**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 12 of 63

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

---

| 2.2 7 | **Courtesy Enterprises, Inc** | | | $23,000.00 | $300,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**4817 Southside Blvd
Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**House on 1.01 acres at:
19925 Wilson Lane
Wilder, ID 83676**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Courtesy Enterprises, Inc** | | | $45,000.00 | $300,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**4817 Southside Blvd
Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**House on 1.3 acres at:
27394 Warren Lane
Wilder, ID 83676**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Daniel Becarra** | | | $80,000.00 | $45,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**4817 Southside Blvd
Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Describe debtor's property that is subject to a lien**
**Bare land at:
Fargo Road
Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

---

Debtor    **Shiloh Managment Services, Inc.**                    Case number *(if know)*    **17-01458**
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.26** | ☐ Disputed |

---

| 2.30 | **David F. Hills** | Describe debtor's property that is subject to a lien | $124,000.00 | $130,000.00 |
|---|---|---|---|---|

Creditor's Name

**7870 S. Powerline Rd.
Nampa, ID 83686**

Creditor's mailing address

**904 7th Ave. North
Nampa, ID  83687**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.24** | ☐ Disputed |

---

| 2.31 | **Don Thornton** | Describe debtor's property that is subject to a lien | $40,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1495
Nampa, ID 83653**

Creditor's mailing address

**Bare land at:
20157 Silver Spur
Wilder, ID 83687**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. Triple B LLC** | ☐ Unliquidated |
| **2. Don Thornton** | ☐ Disputed |

---

| 2.32 | **Don Thornton** | Describe debtor's property that is subject to a lien | $40,000.00 | $40,000.00 |
|---|---|---|---|---|

Debtor  **Shiloh Managment Services, Inc.**                    Case number (if know)   **17-01458**
_____
Name

| Creditor's Name | |
|---|---|
| | **Bare land at:** |
| **PO Box 1495** | **20125 Silver Spur** |
| **Nampa, ID 83653** | **Wilder, ID 83687** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **1. DSA & Associates** | ☐ Disputed |
| **2. Jeff & Tracey Petrillo** | |
| **3. Don Thornton** | |

| 2.3 3 | **Don Thornton** | | **Describe debtor's property that is subject to a lien** | $40,000.00 | $40,000.00 |
|---|---|---|---|---|---|

| Creditor's Name | |
|---|---|
| | **Bare land at:** |
| **PO Box 1495** | **20093 Silver Spur** |
| **Nampa, ID 83653** | **Wilder, ID 83687** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **1. Lucille Borses Family Trust** | ☐ Disputed |
| **2. Don Thornton** | |

| 2.3 4 | **Don Thornton** | | **Describe debtor's property that is subject to a lien** | $40,000.00 | $40,000.00 |
|---|---|---|---|---|---|

| Creditor's Name | |
|---|---|
| | **Bare land at:** |
| **PO Box 1495** | **20194 Silver Spur** |
| **Nampa, ID 83653** | **Wilder, ID 83687** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |

Debtor    **Shiloh Managment Services, Inc.**                                   Case number (if know)    **17-01458**
Name

Date debt was incurred                          ■ No
                                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check that all apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.18** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 5 | **Don Thornton** | Describe debtor's property that is subject to a lien | $40,000.00 | $40,000.00 |

Creditor's Name

**PO Box 1495**
**Nampa, ID 83653**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Bare land at:**
**20172 Silver Spur**
**Wilder, ID 83687**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check that all apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. Lucille Borses Family Trust** | ☐ Unliquidated |
| **2. Don Thornton** | ☐ Disputed |

---

| 2.3 6 | **Don Thornton** | Describe debtor's property that is subject to a lien | $40,000.00 | $40,000.00 |

Creditor's Name

**PO Box 1495**
**Nampa, ID 83653**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Bare land at:**
**20150 Silver Spur**
**Wilder, ID 83687**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check that all apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.19** | ☐ Unliquidated |
| | ☐ Disputed |

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
| | Name | | |

---

**2.3 7**

**Don Thornton**
Creditor's Name

**PO Box 1495**
**Nampa, ID 83653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.20**

Describe debtor's property that is subject to a lien                    $40,000.00            $40,000.00
**Bare land at:**
**20128 Silver Spur**
**Wilder, ID 83687**

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 8**

**Don Thornton**
Creditor's Name

**PO Box 1495**
**Nampa, ID 83653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.21**

Describe debtor's property that is subject to a lien                    $40,000.00            $40,000.00
**Bare land at:**
**20106 Silver Spur**
**Wilder, ID 83687**

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 9**

**Don Thornton**
Creditor's Name

**PO Box 1495**
**Nampa, ID 83653**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien                    $40,000.00            $40,000.00
**Bare land at:**
**20084 Silver Spur**
**Wilder, ID 83687**

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Debtor  **Shiloh Managment Services, Inc.**                    Case number (if know)  **17-01458**
_____
Name

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Innovative Technologies, Inc** | |
| **2. Don Thornton** | |

---

**2.40**  **Dorene Brumbaugh**
Creditor's Name

**4511 Piute Pl
Caldwell, ID 83607**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien          **$100,000.00**          **$300,000.00**
**19972 Wilson
Wilder, ID  83767**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

---

**2.41**  **DSA & Associates**
Creditor's Name

**2463 Wythe Place
Yorkville, IL 60560**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien          **$100,000.00**          **$40,000.00**
**Bare land at:
20125 Silver Spur
Wilder, ID 83687**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.32**

---

**2.42**  **DSA & Associates**          Describe debtor's property that is subject to a lien          **$200,000.00**          **$35,000.00**

---

Debtor  **Shiloh Managment Services, Inc.**                                   Case number (if know)    **17-01458**
Name

---

Creditor's Name

**2463 Wythe Place
Yorkville, IL 60560**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.8**

**Bare land at:
27580 Wheat Ridge
Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **DSA & Associates** |
|---|---|

Creditor's Name

**2463 Wythe Place
Yorkville, IL 60560**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. DSA & Associates
2. Preston Roth IRA**

**Describe debtor's property that is subject to a lien**        $145,000.00        $35,000.00
**Bare land at:
27620 Petolla Road
Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **DSA & Associates** |
|---|---|

Creditor's Name

**2463 Wythe Place
Yorkville, IL 60560**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**        $100,000.00        $60,000.00
**Bare land at:
27790 Ustick
Caldwell, ID 83607**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Shiloh Managment Services, Inc.**                                  Case number (if know)    **17-01458**
     Name

---

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
1. **DSA & Associates**
2. **Earthwise Enterprises LLC**
3. **Quest IRA**
4. **Janelle Nelson**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Earthwise Enterprises LLC** | | $70,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2491
Ramona, CA 92065-0942**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Bare land at:
27790 Ustick
Caldwell, ID 83607**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.44**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Flash Investments, LLC** | | $180,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1150
Fruitland, ID 83619**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**25978 Chandler
Wilder, ID  83767**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
1. **Flash Investments, LLC**
2. **Starr Management Services**
3. **Liberty Enterprises, LLC**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

---

| 2.4 7 | **Flash Investments, LLC** | Describe debtor's property that is subject to a lien | **$190,000.00** | **$70,000.00** |

Creditor's Name

**PO Box 1150
Fruitland, ID 83619**

Creditor's mailing address

**Lot 7 Golden Hills**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Flash Investments, LLC
2. Jackie Daza**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Gayle Allen** | Describe debtor's property that is subject to a lien | **$100,000.00** | **$300,000.00** |

Creditor's Name

**2078 S. Orchard
Boise, ID 83705**

Creditor's mailing address

**19972 Wilson
Wilder, ID  83767**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | **Geoffrey & Hicran Maina** | Describe debtor's property that is subject to a lien | **$50,000.00** | **$35,000.00** |

Creditor's Name

**709 E Clay Avenue
Brandon, FL 33510**

Creditor's mailing address

**Bare land at:
27580 Wheat Ridge
Wilder, ID 83687**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | **Hoggity Hill LLC** | **Describe debtor's property that is subject to a lien** | $113,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bare land at:**
**20018 Silver Spur**
**Wilder, ID 83687**

**2213 Blackspur Way**
**Meridian, ID 83642**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Lucille Borses Family Trust**
**2. Hoggity Hill LLC**
**3. Lucille Borses Family Trust**
**4. Liberty Enterprises, LLC**

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | **Hoggity Hill LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bare land at:**
**Bellomy Lane**
**Wilder, ID 83687**

**2213 Blackspur Way**
**Meridian, ID 83642**

Creditor's mailing address

**Describe the lien**
**Deed of Trust (paid, but lien not yet reconveyed)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

---

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Hoggity Hill LLC**
**2. Triple B LLC**
**3. Starr Management**
**Services**
**4. Innovative Technologies,**
**Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | **Hoggity Hill LLC** | | $208,000.00 | $100,000.00 |

Creditor's Name

**2213 Blackspur Way**
**Meridian, ID 83642**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.9**

**Describe debtor's property that is subject to a lien**
**Bare land w/foundation and  permits at:**
**12197 Gilgal**
**Middleton, ID 83644**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **Hoggity Hill LLC** | | $220,000.00 | $30,000.00 |

Creditor's Name

**2213 Blackspur Way**
**Meridian, ID 83642**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Bare land at:**
**4 Centerpoint Road**
**Caldwell, ID 83607**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | **Ideal Properties** | **Describe debtor's property that is subject to a lien** | $60,000.00 | $170,000.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Shiloh Managment Services, Inc.**
 _____     Case number (if know)    **17-01458**
Name

Creditor's Name    **134 Delaware**

**5010 Cassia St.**
**Caldwell, ID 83605**

Creditor's mailing address    **Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**
■ No

**Date debt was incurred**    □ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
□ No    □ Contingent
■ Yes. Specify each creditor,    □ Unliquidated
including this creditor and its relative    □ Disputed
priority.
**Specified on line 2.12**

---

| 2.5 5 | **Inland Capital LLC** | Describe debtor's property that is subject to a lien | $178,000.00 | $200,000.00 |

Creditor's Name    **3807 Wheeler**
**Nampa, ID  83686**
**120 N Stevens Street**
**Suite 300**
**Spokane, WA 99201**

Creditor's mailing address    **Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**
■ No

**Date debt was incurred**    □ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
□ No    □ Contingent
■ Yes. Specify each creditor,    □ Unliquidated
including this creditor and its relative    □ Disputed
priority.
**1. Inland Capital LLC**
**2. Quality Properties, LLP**

---

| 2.5 6 | **Inland Capital LLC** | Describe debtor's property that is subject to a lien | $78,000.00 | $250,000.00 |

Creditor's Name    **16653 Garnett**
**Wilder, ID  83767**
**120 N Stevens Street**
**Suite 300**
**Spokane, WA 99201**

Creditor's mailing address    **Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**
■ No

**Date debt was incurred**    □ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

Debtor  **Shiloh Managment Services, Inc.**                              Case number (if known)    **17-01458**
Name

---

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
1. **Inland Capital LLC**
2. **Kingdom Trust Co., Custodian**
3. **Kingdom Trust Co., Custodian**
4. **Philip Sorenson**
5. **Triple B LLC**

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.57 | **Innovative Technologies, Inc** | Describe debtor's property that is subject to a lien | $47,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**7870 S. Powerline**
**Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Bare land at:**
**20150 Silver Spur**
**Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.19**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.58 | **Innovative Technologies, Inc** | Describe debtor's property that is subject to a lien | $75,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**7870 S. Powerline**
**Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Bare land at:**
**20084 Silver Spur**
**Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.39**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Shiloh Managment Services, Inc.**                    Case number (if know)  **17-01458**
_____
Name

| 2.59 | **Innovative Technologies, Inc** | Describe debtor's property that is subject to a lien | $75,000.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**7870 S. Powerline
Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Bare land at:
Bellomy Lane
Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.51**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.60 | **Jackie Daza** | Describe debtor's property that is subject to a lien | $70,000.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**8 Mikro
Laguna Niguel, CA 92677**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Lot 7 Golden Hills**

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.47**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.61 | **Jake Bishop** | Describe debtor's property that is subject to a lien | $20,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**6500 Robertson
Boise, ID 83709**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**House on 1 acre lot at:
19967 Wilson Lane
Wilder, ID 83676**

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No

---

| Debtor | Shiloh Managment Services, Inc. | Case number (if know) | 17-01458 |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.4** | ☐ Disputed |

---

**2.6 2** Janelle Nelson

Creditor's Name

**11293 Greenhurst Road**
**Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien     $200,000.00     $45,000.00
**Bare land at:**
**Fargo Road**
**Wilder, ID 83687**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.26** | ☐ Disputed |

---

**2.6 3** Janelle Nelson

Creditor's Name

**11293 Greenhurst Road**
**Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien     $181,314.00     $250,000.00
**Bare land at:**
**17182 Sand Hallow**
**Caldwell, ID 83607**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.10** | ☐ Disputed |

---

**2.6 4** Janelle Nelson     Describe debtor's property that is subject to a lien     $200,000.00     $60,000.00

---

Debtor   **Shiloh Managment Services, Inc.**                          Case number (if know)   **17-01458**
Name

| | |
|---|---|
| Creditor's Name | **Bare land at:**<br>**27790 Ustick**<br>**Caldwell, ID 83607** |
| **11293 Greenhurst Road**<br>**Nampa, ID 83686** | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.44** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.6 5 | **Janelle Nelson** | Describe debtor's property that is subject to a lien | $160,000.00 | $100,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Bare land w/foundation and  permits at:**<br>**12197 Gilgal**<br>**Middleton, ID 83644** |
| **11293 Greenhurst Road**<br>**Nampa, ID 83686** | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.9** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.6 6 | **Jeff & Tracey Petrillo** | Describe debtor's property that is subject to a lien | $100,000.00 | $40,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Bare land at:**<br>**20125 Silver Spur**<br>**Wilder, ID 83687** |
| **1003 11th Avenue South**<br>**Nampa, ID 83651** | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.32** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| **2.6 7** | **Joan Fothergil** | Describe debtor's property that is subject to a lien | $60,500.00 | $300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | House on 1.27 acres at:<br>27438 Warren Lane<br>Wilder, ID 83676 | | |

**6007 Chestnut Drive**
**Boise, ID 83707**
Creditor's mailing address

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.5** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| **2.6 8** | **Joe Thompson** | Describe debtor's property that is subject to a lien | $20,000.00 | $180,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 125 1st St. North, Nampa, ID  83651 | | |

**10120 Edna St.**
**Boise, ID 83709**
Creditor's mailing address

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**December, 2016**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Mountain West Bank IRA**<br>**2. Joe Thompson**<br>**3. Stock Boise, LLC** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| **2.6 9** | **Judyth Roberts** | Describe debtor's property that is subject to a lien | $80,000.00 | $70,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Shiloh Managment Services, Inc. | Case number (if know) | 17-01458 |
|---|---|---|---|
| | Name | | |

Creditor's Name

**29299 W. FIrehawk Dr.**
**Buckeye, AZ 85396**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Judyth Roberts**
**2. Stock Boise, LLC**

Lot 2 Golden Hills

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.70 | **Justin Wilkerson** |
|---|---|

Creditor's Name

**110 Parkway Dr.**
**Boise, ID 83706**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Stock Boise, LLC**
**2. Justin Wilkerson**
**3. Sag Mire Wie, LLC**
**4. Liberty Enterprises, LLC**

**Describe debtor's property that is subject to a lien**     $80,000.00     $70,000.00
**Lot 14 Golden Hills**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.71 | **Kingdom Trust Co., Custodian** |
|---|---|

Creditor's Name

**FBO Jere Robertson IRA**
**PO Box 870**
**Murray, KY 42071**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**     $60,000.00     $300,000.00
**House on 1 acre lot at:**
**19967 Wilson Lane**
**Wilder, ID 83676**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.4** | ☐ Disputed |

---

| 2.7 2 | **Kingdom Trust Co., Custodian** | | $60,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**FBO Sally J Robertson IRA
PO Box 870
Murray, KY 42071**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**House on 1 acre lot at:
19967 Wilson Lane
Wilder, ID 83676**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.4** | ☐ Disputed |

---

| 2.7 3 | **Kingdom Trust Co., Custodian** | | $62,834.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**FBO Jere Robertson IRA
PO Box 870
Murray, KY 42071**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**House on 1.27 acres at:
27438 Warren Lane
Wilder, ID 83676**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.5** | ☐ Disputed |

---

| 2.7 4 | **Kingdom Trust Co., Custodian** | **Describe debtor's property that is subject to a lien** | $100,000.00 | $80,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Shiloh Managment Services, Inc. | | Case number (*if know*) | 17-01458 |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

**FBO Collee Reidenbaugh IRA**
**PO Box 870**
**Murray, KY 42071**

Creditor's mailing address

1661 6th Street South
Nampa, ID 83651

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Melvin Copple**
**2. Kingdom Trust Co., Custodian**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 5 | Kingdom Trust Co., Custodian | | | $60,000.00 | $250,000.00 |
|---|---|---|---|---|---|

**Creditor's Name**

**FBO Frank Youngstrom IRA**
**PO Box 870**
**Murray, KY 42071**

Creditor's mailing address

Describe debtor's property that is subject to a lien
16653 Garnett
Wilder, ID 83767

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.56**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 6 | Kingdom Trust Co., Custodian | | | $60,000.00 | $250,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**FBO Frank Youngstrom IRA**
**PO Box 870**
**Murray, KY 42071**

Creditor's mailing address

Describe debtor's property that is subject to a lien
16653 Garnett
Wilder, ID 83767

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

| Debtor | **Shiloh Managment Services, Inc.** | Case number *(if know)* | **17-01458** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.56**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.7 7**

**Liberty Enterprises, LLC**
Creditor's Name

**Walt Holton, Manager**
**P.O. Box**
**Marsing, ID 83639**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**August, 2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**House on 1.3 acres at:**
**27394 Warren Lane**
**Wilder, ID 83676**

Describe the lien
**Materialman's lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$37,582.47        $300,000.00

---

**2.7 8**

**Liberty Enterprises, LLC**
Creditor's Name

**Walt Holton, Manager**
**P.O. Box**
**Marsing, ID 83639**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/9/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.50**

Describe debtor's property that is subject to a lien
**Bare land at:**
**20018 Silver Spur**
**Wilder, ID 83687**

Describe the lien
**Material Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$25,316.50        $40,000.00

---

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

| 2.7 9 | **Liberty Enterprises, LLC** | Describe debtor's property that is subject to a lien | $7,725.52 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**Walt Holton, Manager**
**P.O. Box**
**Marsing, ID 83639**

Creditor's mailing address

**25978 Chandler**
**Wilder, ID 83767**

Describe the lien
**Material Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/9/2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.46**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 0 | **Liberty Enterprises, LLC** | Describe debtor's property that is subject to a lien | $19,324.70 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**Walt Holton, Manager**
**P.O. Box**
**Marsing, ID 83639**

Creditor's mailing address

**Bare land at:**
**17182 Sand Hallow**
**Caldwell, ID 83607**

Describe the lien
**Material Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/10/2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 1 | **Liberty Enterprises, LLC** | Describe debtor's property that is subject to a lien | $10,353.66 | $120,000.00 |
|---|---|---|---|---|

Creditor's Name

**Walt Holton, Manager**
**P.O. Box**
**Marsing, ID 83639**

Creditor's mailing address

**Bare land at:**
**12191 Gilgal a/k/a 26499 Cemetary Road**
**Middleton, ID 83644**

Describe the lien
**Material Lien**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/9/2017**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor **Shiloh Managment Services, Inc.** | Case number (if know) **17-01458** |
| Name | |

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Self Directed IRA Services** | ☐ Disputed |
| **2. Triple B LLC** | |
| **3. Liberty Enterprises, LLC** | |

---

**2.8 2**

**Liberty Enterprises, LLC**
Creditor's Name

**Walt Holton, Manager**
**P.O. Box**
**Marsing, ID 83639**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/5/2017**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**19944 Wilson**
**Wilder, ID  83767**

**Describe the lien**
**Materialman's lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$9,560.00**     **$300,000.00**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.6** | ☐ Disputed |

---

**2.8 3**

**Liberty Enterprises, LLC**
Creditor's Name

**Walt Holton, Manager**
**P.O. Box**
**Marsing, ID 83639**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Lot 14 Golden Hills**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$38,027.83**     **$70,000.00**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.70** | ☐ Disputed |

---

**2.8 4**

**Lucille Borses Family Trust**

**Describe debtor's property that is subject to a lien**

**$75,000.00**     **$40,000.00**

Debtor  **Shiloh Managment Services, Inc.**                    Case number (if know)    **17-01458**
_____
Name

Creditor's Name

**1732 W. Clair Dr
Meridian, ID 83646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
|---|
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **1. Lucille Borses Family Trust** |
| **2. Triple B LLC** |
| **3. Nate Bishop** |

**Bare land at:
20189 Silver Spur
Wilder, Idaho 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 5 | **Lucille Borses Family Trust** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**1732 W. Clair Dr
Meridian, ID 83646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? |
|---|
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **Specified on line 2.33** |

**Bare land at:
20093 Silver Spur
Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 6 | **Lucille Borses Family Trust** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**1732 W. Clair Dr
Meridian, ID 83646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Bare land at:
20172 Silver Spur
Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 36 of 63

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.35**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 7 | **Lucille Borses Family Trust** | **Describe debtor's property that is subject to a lien** | **$75,000.00** | **$40,000.00** |
|---|---|---|---|---|

Creditor's Name

**1732 W. Clair Dr
Meridian, ID 83646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Bare land at:
20018 Silver Spur
Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.50**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 8 | **Lucille Borses Family Trust** | **Describe debtor's property that is subject to a lien** | **$75,000.00** | **$40,000.00** |
|---|---|---|---|---|

Creditor's Name

**1732 W. Clair Dr
Meridian, ID 83646**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Bare land at:
20018 Silver Spur
Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.50**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 9 | **MDF & C Investments LLC** | **Describe debtor's property that is subject to a lien** | **$115,000.00** | **$300,000.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Shiloh Managment Services, Inc. | | Case number (if know) | 17-01458 |
|---|---|---|---|---|
| | Name | | | |

---

| Creditor's Name | House on 1.36 acres at: 19872 Wilson Lane Wilder, ID 83676 | | |
|---|---|---|---|

**8820 S Stewart Road
Meridian, ID 83642**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.2** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.9 0 | **MDF & C Investments LLC** | **Describe debtor's property that is subject to a lien**<br>House on 1.01 acres at:<br>19925 Wilson Lane<br>Wilder, ID 83676 | $115,000.00 | $300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**8820 S Stewart Road
Meridian, ID 83642**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.3** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.9 1 | **Melvin Copple** | **Describe debtor's property that is subject to a lien**<br>1661 6th Street South<br>Nampa, ID  83651 | $115,000.00 | $80,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**4551 W. Saddle Ridge Dr
Nampa, ID 83687**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Shiloh Managment Services, Inc. | Case number (if know) | 17-01458 |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.74** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.9 2**

**Molly Graham**
Creditor's Name

**509 E 51st Street**
**Garden City, ID 83714**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien    $30,000.00    $300,000.00
House on 1.01 acres at:
19925 Wilson Lane
Wilder, ID 83676

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.9 3**

**Molly Graham**
Creditor's Name

**509 E 51st Street**
**Garden City, ID 83714**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien    $45,000.00    $170,000.00
**134 Delaware**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.12** | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.9 4**

**Mountain West Bank IRA**
Creditor's Name

**FBO Chet Pipkin**
**10096 W Fairview Avenue**
**#160**
**Boise, ID 83704**

Describe debtor's property that is subject to a lien    $90,000.00    $320,000.00
House and 5 acres at:
9212 Fish Pond
Melba, ID 83641

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 39 of 63

Debtor **Shiloh Managment Services, Inc.**

Name

Case number (if know) **17-01458**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Mountain West Bank IRA
2. Stock Boise, LLC
3. Triple B LLC
4. Stock Boise, LLC
5. Starr Management Services**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.95 | **Mountain West Bank IRA** | Describe debtor's property that is subject to a lien | $100,000.00 | $180,000.00 |

Creditor's Name

**FBO Chet Pipkin
10096 W Fairview Avenue
#160
Boise, ID 83704**

**125 1st St. North, Nampa, ID  83651**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**November, 2015**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.68**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.96 | **Nate Bishop** | Describe debtor's property that is subject to a lien | $50,000.00 | $40,000.00 |

Creditor's Name

**3710 Kootenai
Boise, ID 83705**

**Bare land at:
20189 Silver Spur
Wilder, Idaho 83687**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Shiloh Managment Services, Inc.**     Case number (if know) **17-01458**

Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.84** | |

---

**2.97**

**Nick Epper**

Creditor's Name

**403 Pony Express Blvd
San Dimas, CA 91773**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**House on 1.27 acres at:
27438 Warren Lane
Wilder, ID 83676**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$25,000.00     $300,000.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.5** | |

---

**2.98**

**Nick Epper**

Creditor's Name

**403 Pony Express Blvd
San Dimas, CA 91773**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**19944 Wilson
Wilder, ID  83767**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$25,000.00     $300,000.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.6** | |

---

**2.99**

**Nick Epper**

**Describe debtor's property that is subject to a lien**

$50,000.00     $300,000.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 41 of 63

Debtor    **Shiloh Managment Services, Inc.**

Name

Case number (if know)    **17-01458**

---

Creditor's Name

**403 Pony Express Blvd**
**San Dimas, CA 91773**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? |
| --- |
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **Specified on line 2.6** |

**19944 Wilson**
**Wilder, ID  83767**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 00 | **Philip Sorenson** |
| --- | --- |

Creditor's Name

**3024 Bristol Ave.**
**Caldwell, ID 83605**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? |
| --- |
| ☐ No |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. |
| **Specified on line 2.56** |

Describe debtor's property that is subject to a lien    **$34,175.00**    **$250,000.00**

**16653 Garnett**
**Wilder, ID  83767**

Describe the lien

**Materialman lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 01 | **Preston Roth IRA** |
| --- | --- |

Creditor's Name

**8960 Craydon Drive**
**Boise, ID 83704**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien    **$210,000.00**    **$40,000.00**

**Bare land at:**
**20040 Silver Spur**
**Wilder, ID 83687**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor **Shiloh Managment Services, Inc.**                              Case number (*if know*)    **17-01458**
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.25** | |

---

| 2.1 02 | **Preston Roth IRA** | **Describe debtor's property that is subject to a lien** | $246,000.00 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Bare land at:** | | |
| | **Cynthia Preston** | **27620 Petolla Road** | | |
| | **8960 Craydon Drive** | **Wilder, ID 83687** | | |
| | **Boise, ID 83704** | | | |

Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.43** | |

---

| 2.1 03 | **Quality Properties, LLP** | **Describe debtor's property that is subject to a lien** | $240,000.00 | $200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **3807 Wheeler** | | |
| | **7870 S. Powerline** | **Nampa, ID 83686** | | |
| | **Nampa, ID 83686** | | | |

Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.55** | |

---

| 2.1 04 | **Quest IRA** | **Describe debtor's property that is subject to a lien** | $30,000.00 | $60,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Bare land at:** | | |
| | **FBA Tammy Jean Reel IRA** | **27790 Ustick** | | |
| | **17171 Park Row #100** | **Caldwell, ID 83607** | | |
| | **Houston, TX 77084** | | | |

Creditor's mailing address                    **Describe the lien**

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.44**

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 05 | **Rhonda Crist** | Describe debtor's property that is subject to a lien | $17,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**3040 N Willow Side Avenue
Meridian, ID 83646**

Creditor's mailing address

**Bare land at:
20040 Silver Spur
Wilder, ID 83687**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.25**

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 06 | **Sag Mire Wie, LLC** | Describe debtor's property that is subject to a lien | $80,000.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**2212 E. Roanoke Dr.
Boise, ID 83712**

Creditor's mailing address

**Lot 14 Golden Hills**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 44 of 63 |
|---|---|---|

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 07 | **Self Directed IRA Services** | | | $20,000.00 | $40,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Custodian FBO Tracy Petrillo**
**PO Box 23149**
**Waco, TX 76702**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Bare land at:**
**20040 Silver Spur**
**Wilder, ID 83687**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.25**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 08 | **Self Directed IRA Services** | | | $50,000.00 | $120,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Custodian FBO Tracy Petrillo**
**PO Box 23149**
**Waco, TX 76702**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Bare land at:**
**12191 Gilgal a/k/a 26499 Cematery Road**
**Middleton, ID 83644**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.81**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 09 | **Starr Management Services** | | | $50,000.00 | $30,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**4817 Southside**
**Nampa, ID 83686**

**Describe debtor's property that is subject to a lien**
**Bare land at:**
**Bellomy Lane**
**Wilder, ID 83687**

---

Debtor   **Shiloh Managment Services, Inc.**

Name

Case number (if know)   **17-01458**

---

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.51** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 10 | **Starr Management Services** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $320,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **House and 5 acres at:**<br>**9212 Fish Pond**<br>**Melba, ID 83641** |
| **4817 Southside**<br>**Nampa, ID 83686** | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.94** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 11 | **Starr Management Services** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $300,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **House on 1.3 acres at:**<br>**27394 Warren Lane**<br>**Wilder, ID 83676** |
| **4817 Southside**<br>**Nampa, ID 83686** | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 12 | **Starr Management Services** | | $50,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**4817 Southside**
**Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

Describe debtor's property that is subject to a lien
**House on 1.27 acres at:**
**27438 Warren Lane**
**Wilder, ID 83676**

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 13 | **Starr Management Services** | | $50,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**4817 Southside**
**Nampa, ID 83686**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.46**

Describe debtor's property that is subject to a lien
**25978 Chandler**
**Wilder, ID  83767**

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 14 | **Steve and Melissa Bowdren** | | $75,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2804 W. Sanbora Dr.**
**Riverton, UT 84065**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Lot 2 Golden Hills**

Describe the lien

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Shiloh Managment Services, Inc.**                    Case number (if know)    **17-01458**
         Name

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 15 | **Stock Boise, LLC** | Describe debtor's property that is subject to a lien | $95,000.00 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bare land at:**
**17182 Sand Hallow**
**Caldwell, ID 83607**

**PO Box 5551**
**Boise, ID 83705**

Creditor's mailing address

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.10**

---

| 2.1 16 | **Stock Boise, LLC** | Describe debtor's property that is subject to a lien | $25,000.00 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bare land at:**
**17182 Sand Hallow**
**Caldwell, ID 83607**

**PO Box 5551**
**Boise, ID 83705**

Creditor's mailing address

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Shiloh Managment Services, Inc.** | | Case number (*if know*) | **17-01458** |
|---|---|---|---|---|
| | Name | | | |

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

☐ Unliquidated

☐ Disputed

---

| **2.1 17** | **Stock Boise, LLC** | Describe debtor's property that is subject to a lien | $80,000.00 | $80,000.00 |

Creditor's Name

Bare land at:
123 14th Avenue North
Nampa, ID 83651

**PO Box 5551
Boise, ID 83705**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Stock Boise, LLC
2. Walter McCarthy**

☐ Unliquidated

☐ Disputed

---

| **2.1 18** | **Stock Boise, LLC** | Describe debtor's property that is subject to a lien | $50,000.00 | $320,000.00 |

Creditor's Name

House and 5 acres at:
9212 Fish Pond
Melba, ID 83641

**PO Box 5551
Boise, ID 83705**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.94**

☐ Unliquidated

☐ Disputed

---

| **2.1 19** | **Stock Boise, LLC** | Describe debtor's property that is subject to a lien | $40,000.00 | $320,000.00 |

Creditor's Name

House and 5 acres at:
9212 Fish Pond
Melba, ID 83641

**PO Box 5551
Boise, ID 83705**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Shiloh Managment Services, Inc.**                                    Case number (if know)   **17-01458**
Name

**Deed of Trust**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**                ☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☐ No                                      ☐ Contingent
☑ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
**Specified on line 2.94**

---

| 2.1 20 | **Stock Boise, LLC** | Describe debtor's property that is subject to a lien | $160,000.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 5551**
**Boise, ID 83705**

**Base land at:**
**5 Centerpoint Rd.**
**Caldwell, ID 83607**

Creditor's mailing address

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**                ☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☑ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 21 | **Stock Boise, LLC** | Describe debtor's property that is subject to a lien | $160,000.00 | $130,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 5551**
**Boise, ID 83705**

**904 7th Ave. North**
**Nampa, ID 83687**

Creditor's mailing address

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**                ☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply

---

| Debtor | **Shiloh Managment Services, Inc.** | Case number (*if know*) | **17-01458** |
|---|---|---|---|
| | Name | | |

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.24**

---

| 2.1 22 | | | | |
|---|---|---|---|---|

**Stock Boise, LLC**
Creditor's Name

**PO Box 5551**
**Boise, ID 83705**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.69**

Describe debtor's property that is subject to a lien
**Lot 2 Golden Hills**                    $100,000.00        $70,000.00

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 23 | | | | |
|---|---|---|---|---|

**Stock Boise, LLC**
Creditor's Name

**PO Box 5551**
**Boise, ID 83705**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.70**

Describe debtor's property that is subject to a lien
**Lot 14 Golden Hills**                    $200,000.00        $70,000.00

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 24 | | | | |
|---|---|---|---|---|

**Stock Boise, LLC**
Creditor's Name

**PO Box 5551**
**Boise, ID 83705**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**125 1st St. North, Nampa, ID  83651**        $22,000.00        $180,000.00

Describe the lien
**Deed of Trust**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Shiloh Managment Services, Inc.**    Case number (if know)    **17-01458**
_____
Name

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**December, 2016**

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☐ No
    ☐ Contingent
■ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative
priority.    ☐ Disputed
**Specified on line 2.68**

---

| 2.1 25 | **Susan & Phillip Emerson** | **Describe debtor's property that is subject to a lien** | $10,000.00 | $300,000.00 |

Creditor's Name

**House on 1 acre lot at:**
**12058 Fiddler Drive**    **19967 Wilson Lane**
**Boise, ID 83713**    **Wilder, ID 83676**

Creditor's mailing address    **Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**

■ No

**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
☐ No
    ☐ Contingent
■ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative
priority.    ☐ Disputed
**Specified on line 2.4**

---

| 2.1 26 | **Susan & Phillip Emerson** | **Describe debtor's property that is subject to a lien** | $70,000.00 | $300,000.00 |

Creditor's Name

**House on 1.27 acres at:**
**12058 Fiddler Drive**    **27438 Warren Lane**
**Boise, ID 83713**    **Wilder, ID 83676**

Creditor's mailing address    **Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known    **Is anyone else liable on this claim?**

■ No

**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

---

| Debtor | Shiloh Managment Services, Inc. | | Case number (if know) | 17-01458 |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 27** | | | | |
|---|---|---|---|---|

**Susan & Phillip Emerson**
Creditor's Name

**12058 Fiddler Drive**
**Boise, ID 83713**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

Describe debtor's property that is subject to a lien
**House on 1.27 acres at:**
**27438 Warren Lane**
**Wilder, ID 83676**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,500.00          $300,000.00

---

| **2.1 28** | | | | |
|---|---|---|---|---|

**TLP Investments LLC**
Creditor's Name

**7277 W Cascade Drive**
**Boise, ID 83704**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

Describe debtor's property that is subject to a lien
**House on 1.36 acres at:**
**19872 Wilson Lane**
**Wilder, ID 83676**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00          $300,000.00

---

| **2.1 29** | | | | |
|---|---|---|---|---|

**TLP Investments LLC**
Creditor's Name

**7277 W Cascade Drive**
**Boise, ID 83704**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**House on 1.36 acres at:**
**19872 Wilson Lane**
**Wilder, ID 83676**

Describe the lien
**Deed of Trust**

$10,000.00          $300,000.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

---

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 30 | **TLP Investments LLC** | Describe debtor's property that is subject to a lien | **$50,000.00** | **$300,000.00** |
|---|---|---|---|---|

Creditor's Name

**7277 W Cascade Drive
Boise, ID 83704**

Creditor's mailing address

**House on 1.01 acres at:
19925 Wilson Lane
Wilder, ID 83676**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 31 | **Tom Jones** | Describe debtor's property that is subject to a lien | **$50,000.00** | **$300,000.00** |
|---|---|---|---|---|

Creditor's Name

**809 N Marshall Street
Boise, ID 83706**

Creditor's mailing address

**House on 1 acre lot at:
19967 Wilson Lane
Wilder, ID 83676**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor  **Shiloh Managment Services, Inc.**                    Case number (*if know*)    **17-01458**

Name

| ☐ No | ☐ Contingent |
|---|---|
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**Specified on line 2.4**

---

| 2.1 32 | **Triple B LLC** | Describe debtor's property that is subject to a lien | $40,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

**Bare land at:
20189 Silver Spur
Wilder, Idaho 83687**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Specified on line 2.84**

---

| 2.1 33 | **Triple B LLC** | Describe debtor's property that is subject to a lien | $30,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

**Bare land at:
20157 Silver Spur
Wilder, ID 83687**

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Specified on line 2.31**

---

| 2.1 34 | **Triple B LLC** | Describe debtor's property that is subject to a lien | $28,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

**Bare land at:
20194 Silver Spur
Wilder, ID 83687**

Describe the lien

**Deed of Trust**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Shiloh Managment Services, Inc. | Case number (if know) | 17-01458 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.18**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 35 | Triple B LLC | | $28,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Bare land at:
20150 Silver Spur
Wilder, ID 83687**

**Describe the lien**

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.19**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 36 | Triple B LLC | | $28,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Bare land at:
20128 Silver Spur
Wilder, ID 83687**

**Describe the lien**

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Shiloh Managment Services, Inc. | Case number (if know) | 17-01458 |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 37**

**Triple B LLC**
Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.21**

Describe debtor's property that is subject to a lien     $30,000.00     $40,000.00
**Bare land at:
20106 Silver Spur
Wilder, ID 83687**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 38**

**Triple B LLC**
Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.22**

Describe debtor's property that is subject to a lien     $42,500.00     $35,000.00
**Bare land at:
20154 Ebenezer Lane
Caldwell, ID 83607**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 39**

**Triple B LLC**
Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**
Creditor's mailing address

Describe debtor's property that is subject to a lien     $25,000.00     $30,000.00
**Bare land at:
Bellomy Lane
Wilder, ID 83687**

Describe the lien
**Deed of Trust**

---

Debtor  **Shiloh Managment Services, Inc.**
        Name

Case number (if know)  **17-01458**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.51**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 40 | **Triple B LLC** |
|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.81**

Describe debtor's property that is subject to a lien          $60,000.00          $120,000.00
**Bare land at:
12191 Gilgal a/k/a 26499 Cemetary Road
Middleton, ID 83644**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 41 | **Triple B LLC** |
|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien          $20,000.00          $320,000.00
**House and 5 acres at:
9212 Fish Pond
Melba, ID 83641**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Shiloh Managment Services, Inc.** | | Case number (if know) | **17-01458** |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 42 | **Triple B LLC** | | |
|---|---|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

Describe debtor's property that is subject to a lien
**House on 1.36 acres at:
19872 Wilson Lane
Wilder, ID 83676**

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,000.00    $300,000.00

---

| 2.1 43 | **Triple B LLC** | | |
|---|---|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

Describe debtor's property that is subject to a lien
**House on 1.36 acres at:
19872 Wilson Lane
Wilder, ID 83676**

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,000.00    $300,000.00

---

| 2.1 44 | **Triple B LLC** | | |
|---|---|---|---|

Creditor's Name

**8737 Craydon Drive
Boise, ID 83704-3312**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**House on 1 acre lot at:
19967 Wilson Lane
Wilder, ID 83676**

Describe the lien

$0.00    $300,000.00

---

Debtor  **Shiloh Managment Services, Inc.**                              Case number *(if know)*   **17-01458**
    Name

Deed of Trust (paid in July, 2016) not yet
reconveyed

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | |
|---|---|---|---|
| 2.1 45 | **Triple B LLC** | Describe debtor's property that is subject to a lien | $22,000.00 | $300,000.00 |

**Triple B LLC**
Creditor's Name

Describe debtor's property that is subject to a lien

House on 1 acre lot at:
19967 Wilson Lane
Wilder, ID 83676

**8737 Craydon Drive
Boise, ID 83704-3312**
Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.1 46 | **Triple B LLC** | Describe debtor's property that is subject to a lien | $45,000.00 | $300,000.00 |

**Triple B LLC**
Creditor's Name

Describe debtor's property that is subject to a lien

House on 1.27 acres at:
27438 Warren Lane
Wilder, ID 83676

**8737 Craydon Drive
Boise, ID 83704-3312**
Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Shiloh Managment Services, Inc.**                                    Case number (if know)    **17-01458**
_____
Name

☐ No                                        ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.
**Specified on line 2.5**

---

| 2.1 47 | **Triple B LLC** | Describe debtor's property that is subject to a lien | $190,000.00 | $250,000.00 |

Creditor's Name

**8737 Craydon Drive**
**Boise, ID 83704-3312**

Creditor's mailing address

**16653 Garnett**
**Wilder, ID  83767**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.56**

☐ Unliquidated
☐ Disputed

---

| 2.1 48 | **Walter McCarthy** | Describe debtor's property that is subject to a lien | $20,000.00 | $80,000.00 |

Creditor's Name

**2295 N Linda Vista Place**
**Boise, ID 83704**

Creditor's mailing address

**Bare land at:**
**123 14th Avenue North**
**Nampa, ID 83651**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.117**

☐ Unliquidated
☐ Disputed

---

| 2.1 49 | **Walter McCarthy** | Describe debtor's property that is subject to a lien | $15,000.00 | $300,000.00 |

Creditor's Name

**2295 N Linda Vista Place**
**Boise, ID 83704**

Creditor's mailing address

**House on 1.01 acres at:**
**19925 Wilson Lane**
**Wilder, ID 83676**

Describe the lien
**Deed of Trust**

---

Debtor    **Shiloh Managment Services, Inc.**
Name

Case number (if know)    **17-01458**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 50 | **Walter McCarthy** | **Describe debtor's property that is subject to a lien** | $30,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**2295 N Linda Vista Place
Boise, ID 83704**

Creditor's mailing address

**19944 Wilson
Wilder, ID 83767**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.6**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 51 | **Walter McCarthy** | **Describe debtor's property that is subject to a lien** | $35,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**2295 N Linda Vista Place
Boise, ID 83704**

Creditor's mailing address

**19972 Wilson
Wilder, ID 83767**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if know) | **17-01458** |
|---|---|---|---|
| | Name | | |

| 2.1 52 | **Walter McCarthy** | Describe debtor's property that is subject to a lien | **$25,000.00** | **$170,000.00** |

Creditor's Name

**134 Delaware**

**2295 N Linda Vista Place
Boise, ID 83704**

Creditor's mailing address

Describe the lien

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.12**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$10,563,438.93** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Judyth Roberts
3363 S Bridgeport Lane
Boise, ID 83706** | Line  **2.69** | |
| **STORER & ASSOCIATES
4850 N Rosepoint Way
Suite 104
Boise, ID 83713** | Line  **2.100** | |
| **The Patrick Law Group
Attn: Rudy Patrick
129 E. Pine Ave.
Meridian, ID 83642** | Line  **2.77** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Shiloh Managment Services, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF IDAHO**

Case number (if known): **17-01458**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Canyon County Tax Assessor**
**P.O. Box 1010**
**Caldwell, ID 83606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Idaho State Tax Commission**
**P.O. Box 36**
**800 Park Blvd**
**Boise, ID 83722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Income taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if known) | **17-01458** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Income & business taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Owyhee County Assessor**
**PO Box 128**
**Murphy, ID 83650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,000.00** |
|---|---|---|---|

**Alex Soran**
**911 North College Rd**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Bar XL, LLC**
**PO Box 785**
**Caldwell, ID 83606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2017**

Last 4 digits of account number  **4595**

Basis for the claim:  **Services**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Beldon LLC**
**904 E Maple Street**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February, 2017**

Last 4 digits of account number __

Basis for the claim:  **Business Loan**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Shiloh Managment Services, Inc.** | | Case number (if known) | **17-01458** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Beldon LLC**
**904 E Maple Street**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August, 2017**

**Basis for the claim:**  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Century Link**
**PO Box 29040**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Internet**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Chase**
**PO Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Overdrawn checking account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Cris Stark**
**7605 NE 167th St.**
**Kenmore, WA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$301,918.00** |
|---|---|---|---|

**David Cairo**
**623 Park Way**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$652,852.00** |
|---|---|---|---|

**Ed Tate**
**354 SW MT Mazama St**
**McMinnville, OR 97128-5571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.64** |
|---|---|---|---|

**Gemtek Pest Control**
**1481 Goodall St.**
**Suite 101**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Pest Control**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Shiloh Managment Services, Inc.** | | Case number (if known) | **17-01458** |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**ICON Federal Credit Union**
**1010 N. Rise ST**
**Boise, ID 83703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Overdrawn checking account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,000.00 |
|---|---|---|---|

**Jim & Joanne Willis**
**11250 W Royal Ridge Ct**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Joe LaGue**
**14435 W Guinness Dr**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**John Larimer**
**2484 Rock Creek Rd**
**Hansen, ID 83334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,996.74 |
|---|---|---|---|

**Kabbage**
**925B Peachtree Street NE**
**Suite 1688**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340,000.00 |
|---|---|---|---|

**Katherine Fischer**
**3 Wildwood Court**
**Daly City, CA 94015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327,780.00 |
|---|---|---|---|

**Kingdom Trust FBO**
**Lanny Johnson**
**PO Box 870**
**Murray, KY 42071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if known) | **17-01458** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Kingdom Trust FBO**
**Alett R. Burlison**
**PO Box 870**
**Murray, KY 42071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Kohler & Eyre**
**1883 W. Royal Hunte Dr.**
**Suite 201**
**Cedar City, UT 84720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:**  **Accounting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Laina Romani**
**280 Evergreen Drive**
**South San Francisco, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,957.00** |
|---|---|---|---|

**LoanMe, Inc.**
**1900 S State College Blvd**
**Suite 300**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Taxes**

Last 4 digits of account number  **7730**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Marian Nelson**
**21614 85th Pl. W**
**Edmonds, WA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,175.00** |
|---|---|---|---|

**Mark Perison/Tricia Soper**
**Mark D. Perision PA**
**P.O. Box 2575**
**Boise, ID 83707-2535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September, 2017**

**Basis for the claim:**  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Melvin Copple**
**4551 W. Saddle Ridge Dr**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Shiloh Managment Services, Inc.** | Case number (if known) | **17-01458** |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**Money Tree**
**2025 12th Ave Rd #160**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**Par Funding**
**141 N 2nd Street**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Expense

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Pete Stogner**
**2286 Leventine St.**
**Suite A**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Rob Cairo**
**629 25th Ave**
**San Francisco, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**TruGreen Processing Center**
**PO Box 78611**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Landscaping services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00** |
|---|---|---|---|

**TVT**
**122 East 42nd Street**
**Suite 2112**
**New York, NY 10168**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor    **Shiloh Managment Services, Inc.**                                    Case number (if known)    **17-01458**
_____
Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $ **4,126,319.38** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **4,126,319.38** |

**Fill in this information to identify the case:**

Debtor name    **Shiloh Managment Services, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    **17-01458**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Sales Contract for property at 25978 Chandler Dr., Canyon, ID  83676** <br><br><br> **Jose Solorzano** <br> **19370 Hudson Creek Ave.** <br> **Caldwell, ID 83605** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Shiloh Managment Services, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)  **17-01458**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jeanette Pyles** | **6401 W. Overland Rd** **Meridian, ID 83642** | **Joe LaGue** | ☐ D _____ ■ E/F __**3.13**__ ☐ G _____ |
| 2.2 | **Jeanette Pyles** | **6401 W. Overland Rd** **Meridian, ID 83642** | **Bridger Street Apartments** | ■ D __**2.14**__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Nathan Pyles** | **6401 W. Overland Rd** **Meridian, ID 83642** | **Flash Investments, LLC** | ■ D __**2.46**__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Nathan Pyles** | **6401 W. Overland Rd** **Meridian, ID 83642** | **Flash Investments, LLC** | ■ D __**2.47**__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Nathan Pyles** | **6401 W. Overland Rd** **Meridian, ID 83642** | **Joe Thompson** | ■ D __**2.68**__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Shiloh Managment Services, Inc.**          Case number *(if known)*  **17-01458**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Steve and Melissa<br>Bowdren | ■ D ___**2.114**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Stock Boise, LLC | ■ D ___**2.115**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Stock Boise, LLC | ■ D ___**2.116**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Stock Boise, LLC | ■ D ___**2.117**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Stock Boise, LLC | ■ D ___**2.118**___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Stock Boise, LLC | ■ D ___**2.119**___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Stock Boise, LLC | ■ D ___**2.120**___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Stock Boise, LLC | ■ D ___**2.121**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Shiloh Managment Services, Inc.** | Case number *(if known)* | **17-01458** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.14 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Stock Boise, LLC** | ■ D __**2.122**__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Stock Boise, LLC** | ■ D __**2.123**__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Stock Boise, LLC** | ■ D __**2.124**__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Nathan Pyles** | 6401 W Overland Rd<br>Meridian, ID 83642 | **TLP Investments LLC** | ■ D __**2.128**__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Nathan Pyles** | 6401 W Overland Rd<br>Meridian, ID 83642 | **TLP Investments LLC** | ■ D __**2.129**__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **TLP Investments LLC** | ■ D __**2.130**__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Nathan Pyles** | 6401 W Overland Rd<br>Meridian, ID 83642 | **Triple B LLC** | ■ D __**2.132**__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Triple B LLC** | ■ D __**2.133**__<br>☐ E/F _____<br>☐ G _____ |

---

| Debtor | **Shiloh Managment Services, Inc.** | | Case number *(if known)* | **17-01458** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | Nathan Pyles | 6401 W Overland Rd<br>Meridian, ID 83642 | Triple B LLC | ■ D ___**2.134**___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Nathan Pyles | 6401 W Overland Rd<br>Meridian, ID 83642 | Triple B LLC | ■ D ___**2.135**___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Triple B LLC | ■ D ___**2.136**___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Nathan Pyles | 6401 W Overland Rd<br>Meridian, ID 83642 | Triple B LLC | ■ D ___**2.137**___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Triple B LLC | ■ D ___**2.138**___<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Triple B LLC | ■ D ___**2.139**___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Nathan Pyles | 6401 W. Overland Rd<br>Meridian, ID 83642 | Triple B LLC | ■ D ___**2.140**___<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Nathan Pyles | 6401 W Overland Rd<br>Meridian, ID 83642 | Triple B LLC | ■ D ___**2.141**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Shiloh Managment Services, Inc.** | Case number *(if known)* | **17-01458** |

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Triple B LLC** | ■ D __**2.142**__<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Triple B LLC** | ■ D __**2.143**__<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **Nathan Pyles** | 6401 W Overland Rd<br>Meridian, ID 83642 | **Triple B LLC** | ■ D __**2.144**__<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Nathan Pyles** | 6401 W Overland Rd<br>Meridian, ID 83642 | **Triple B LLC** | ■ D __**2.145**__<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | **Nathan Pyles** | 6401 W Overland Rd<br>Meridian, ID 83642 | **Triple B LLC** | ■ D __**2.146**__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Triple B LLC** | ■ D __**2.147**__<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Walter McCarthy** | ■ D __**2.148**__<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **Nathan Pyles** | 6401 W. Overland Rd<br>Meridian, ID 83642 | **Walter McCarthy** | ■ D __**2.149**__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Shiloh Managment Services, Inc.**                    Case number *(if known)*    **17-01458**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Nathan Pyles** | 6401 W. Overlamd Rd<br>Meridian, ID 83642 | **Walter McCarthy** |

■ D ___**2.150**___
☐ E/F _____
☐ G _____

2.39   **Nathan Pyles**   6401 W. Overland Rd<br>Meridian, ID 83642   **Walter McCarthy**

■ D ___**2.151**___
☐ E/F _____
☐ G _____

2.40   **Nathan Pyles**   6401 W. Overland Rd<br>Meridian, ID 83642   **Walter McCarthy**

■ D ___**2.152**___
☐ E/F _____
☐ G _____

2.41   **Nathan Pyles**   6401 W. Overland Rd<br>Meridian, ID 83642   **MDF & C Investments LLC**

■ D ___**2.90**___
☐ E/F _____
☐ G _____

2.42   **Nathan Pyles**   6401 W. Overland Rd<br>Meridian, ID 83642   **Joe LaGue**

☐ D _____
■ E/F ___**3.13**___
☐ G _____

2.43   **Nathan Pyles**   6401 W. Overland Rd<br>Meridian, ID 83642   **Bridger Street Apartments**

■ D ___**2.14**___
☐ E/F _____
☐ G _____

2.44   **Nathan Pyles**   6401 W. Overland Rd<br>Meridian, ID 83642   **TVT**

☐ D _____
■ E/F ___**3.30**___
☐ G _____

2.45   **Nathan Pyles**   6401 W. Overland Rd<br>Meridian, ID 83642   **Par Funding**

☐ D _____
■ E/F ___**3.26**___
☐ G _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Shiloh Managment Services, Inc.** | Case number *(if known)* | **17-01458** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.46 | **Nathan Pyles**    6401 W. Overland Rd Meridian, ID 83642 | **Kabbage** | ☐ D _____<br>■ E/F   **3.15**<br>☐ G _____ |
| 2.47 | **Nathan Pyles**    6401 W. Overland Rd Meridian, ID 83642 | **LoanMe, Inc.** | ☐ D _____<br>■ E/F   **3.21**<br>☐ G _____ |
| 2.48 | **Nathan Pyles**    6401 W. Overland Rd Meridian, ID 83642 | **Money Tree** | ☐ D _____<br>■ E/F   **3.25**<br>☐ G _____ |
| 2.49 | **Nathon Pyles**    6401 W. Overland Rd Meridian, ID 83642 | **MDF & C Investments LLC** | ■ D   **2.89**<br>☐ E/F _____<br>☐ G _____ |