B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Idaho

In re  **Shiloh Managment Services, Inc.**                                         Case No. **17-01458**
                                   Debtor(s)                                       Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 12,000.00 |
   | Prior to the filing of this statement I have received | $ 12,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **$6,000 from Clear Portal, $6,000 from Debtor**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See attached agreement.**

      **Negotiations with secured creditors for reaffirmation agreements; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; correspondence and communication with Debtor regarding turnover of property of the estate**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **See attached agreement.**

      **Representation of the debtor(s) in any actions objecting to the entry of a discharge, seeking a determination of the dischargeability of any particular claim, or any other adversary proceeding.**

      **Representation of the debtor(s) in any actions seeking dismissal of the case.**

      **The following are post-petition services for which the attorney, by representing the debtor in this case, is bound to provide if necessary, however such services are not contemplated in the fixed fee and will be subject to separate billing: preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or real property; stay relief proceedings as needed and permissible; objections to claims of exemptions; prosecuting or curing stay violations; motions to abandon property from the bankruptcy estate; motions to compel turnover of propery of the estate; motions to dismiss or other contested matters.**

In re  Shiloh Managment Services, Inc.  
Debtor(s)

Case No.  17-01458

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dec 15, 2017  
*Date*

Jeffrey P. Kaufman 8022  
*Signature of Attorney*  
Law Office of D. Blair Clark, PC  
1509 Tyrell Lane, Suite 180  
Boise, ID 83706  
(208) 475-2050  Fax: (208) 475-2055  
dbc@dbclarklaw.com; jeffrey@dbclarklaw.com  
*Name of law firm*



**D.B. Clark LAW**

1509 Tyrell Lane, Suite 180   |   Boise, ID 83706   |   PH 208-475-2050   |   FAX 208-475-2055

November 16, 2017

Shiloh Management Services, Inc.
6268 W. Lake Hazel Rd.
Nampa, ID  83687

RE:   In re Shiloh Management Services, Inc.
      Chapter 7 Bankruptcy

Dear Client(s):

You have asked our firm to represent you as counsel in your personal and/or business Chapter 7 bankruptcy cases under the U.S. Bankruptcy Code.  Our firm acts as a team in handling your case.  We will use those members of the team who we believe have the skills to meet the needs presented in solving the problems presented in your matter.  This letter sets forth the agreement between us regarding our representation of you.  This letter shall become effective upon our receipt of a countersigned copy of this letter.  Any work that we may have done for you prior to you signing this engagement letter was done on the same terms and pursuant to the same conditions stated in this letter.

   1.    The fixed attorney fees for handling the routine work that will arise in the Chapter 7 bankruptcy case will be **$12,000.00**.  This represents the flat fee for preparing the Petition, Schedules, Statement of Financial Affairs ("SOFA") and related documents for the bankruptcy case.  The flat fee will also cover my attending the Meeting of Creditors with you, and any negotiations with creditors concerning motions for stay relief or turning property over to the trustee or a secured creditor, as well as advising and counseling you concerning the bankruptcy.

   2.    Compared to if we were billing at our regular Firm Rate (as per Exhibit A attached hereto), we often put more time and labor into a basic bankruptcy case than what we are charging you with the fixed fee; therefore, once the fixed fee, or any portion thereof, is paid it is non-refundable even if your plans change and you decide to not go through with the bankruptcy; because even at that point we often have spent considerable time in counseling you, analyzing your financial situation, and advising you what we think is the best way for you to proceed under the circumstances.

Chapter 7 Engagement Letter
Page 2
Shiloh Management Services, Inc.

    3.     A number of things may come up in a bankruptcy that are not covered by the fixed fee, these include such things as motions to dismiss, motions for turnover of property and/or adversary proceedings. These types of matters may, at times, be hotly contested. They do not come up in every case and therefore are not factored into the fixed fee. An adversary proceeding is essentially a full blown separate lawsuit that may be brought by a party, such as a creditor or the trustee, against the debtor or an insider of the debtor, seeking certain relief or a court order from the bankruptcy court. For instance, a creditor in an individual bankruptcy might bring an adversary proceeding seeking to have a debt declared non-dischargeable, meaning that the individual debtor would not be discharged from his or her legal obligation to pay the debt, and it would still need to be paid after the bankruptcy case is closed. If an adversary proceeding is filed against you or the debtor in this case concerning any issue whatsoever we are under no obligation to represent you or the debtor entity in an adversary proceeding.[1] However, we do feel we are obligated to defend you against motions for stay relief, motions to dismiss, objections to discharge, motions to compel turnover of property of the estate, motions to assume or reject executory contracts and other similar motions, actions, or contested matters which may arise in the context of the bankruptcy case and you will be billed at our Firm Rate for such services, and by signing this letter below you, in your individual capacity, are agreeing to be personally liable for and to pay any additional fees and costs which are incurred regarding representation on such matters.

    4.     From time to time, while a bankruptcy case is pending, a client may decide to sell property belonging to the bankruptcy estate. This can only be done only with the approval of the bankruptcy court in what is known as an order from the court compelling the bankruptcy trustee to "abandon" any interest that the bankruptcy estate may have in the subject property. Seeking such a court order is additional work not covered by the fixed fee and does not come up in a typical case. If it becomes necessary for you to sell property while the bankruptcy is open there will be an additional fee of $650.00 (inclusive of the court's fee for such motion) to file the necessary documents and motions with the Court, send notice to all creditors and interested parties, and appear before the judge any hearing that may be necessary; we require that you pay this additional fee before we take any action to have the court abandon the property. If more extensive work is needed during this process than what is typical, our work will be billed to you at the Firm Rate over and above this additional fee. Filing these documents and motions does not guarantee the court will order the bankruptcy estate to abandon the property and the fees will not be refunded if the sale of the property falls through before the Court makes a decision or if the Court declines to authorize the abandonment of the property.

---

[1] If you anticipate an adversary complaint being filed and we have discussed such matter and agreed to represent you in such matter, then the terms and arrangements of our representation of you in said matter are attached hereto as an addendum to this Engagement Letter.

Chapter 7 Engagement Letter
Page 3
Shiloh Management Services, Inc.

5.  From time to time a creditor will record a judgment against real property in the county in which the debtor resides. This creates a judgment lien against real property owned by the debtor(s). We will not undertake an independent investigation or search of real property records of the county where you live. If you think a judgment lien may have been recorded against your home you must go to the county recorder's office, which is usually located in the county courthouse, do a search, and bring us copies of any judgment liens which have been recorded against your property. This is not the same thing as merely bringing us a copy of a judgment that has been entered against you. If you bring us a judgment lien while your bankruptcy case is open, and if appropriate, we will file a motion to avoid the judgment lien for an additional fixed fee of $550.00; we require that you pay this additional fee before we take any action to have the judgment lien avoided. If you fail to bring to us a copy of a judgment lien, not merely a copy of the judgment, but the judgment lien, while your case is open, we will not file a motion to avoid the judgment lien. If you subsequently discover a judgment lien after your bankruptcy case has been closed, we will instead charge a fixed fee of $825.00 plus the $260.00 court filing fee to re-open the case; the increase in fees is necessary for our efforts to have the case re-opened, which requires the drafting and filing of a motion and order to re-open the case.

6.  From time to time we may get sick, have a scheduling conflict, or decide to take a short vacation. By signing this letter you are agreeing to allow us to have another attorney step in for us to represent you at the Meeting of Creditors or any other hearing if the need arises. If such a situation were to arise we would need to discuss your case with the other attorney, and by signing below you consent to allow us to do so. We will bear any costs the attorney may charge for stepping in for us. In such an event, we will consult with you to make sure you approve of, and have no conflicts with, the attorney we are proposing to step in for us.

7.  You agree to furnish all documentation and information necessary to enable us to complete the papers that will be filed in your case and that such documentation and information will be complete, accurate, legible and truthful. Examples of such documentation and information include complete bank statement, complete pay advices, complete taxes, and complete business records.

8.  **It is very important to be thorough when you review the petition and schedules before you sign and date them.** We will do our best to make sure that the information you have provided us gets properly listed on the Petition, Schedules, SOFA, and related documents; however, because the facts being listed are known best by you, since they pertain to your situation, **it is ultimately your responsibility to make sure that the information contained in the documents that we have prepared is correct and complete.** If one or more of the Schedules, SOFA, or related documents for your bankruptcy case contain any errors or omissions which are not discovered until after your case has been filed, we may charge you an additional fee of $150.00 plus, if necessary, a court filing fee of $30.00 (over and above the fixed fee and Chapter 7 Court filing fee); we require that you pay this additional fee before

Chapter 7 Engagement Letter
Page 4
Shiloh Management Services, Inc.

we take any action to draft any amendments to your Schedules, SOFA or related documents.

9.     You will receive a notice from us as well as the Bankruptcy Court stating the date and time of the First Meeting of Creditors (also known as the 341 Meeting of Creditors). Attendance is absolutely mandatory by debtor and joint-debtor (if there is a joint debtor). If more than a couple weeks have passed since the date your case gets filed with the Court and you still do not know the date and time of your First Meeting of Creditors please call our office. If you fail to appear at the First Meeting of Creditors, the Trustee may motion the Court to have your case dismissed, in which case we will require an additional $300.00 in attorney's fees plus costs for postage and photocopies in the form of either a money order or cash *before* we will file a motion with the Court for continuance and send notice to all creditors and interested parties of the new date and time. We would need to prepare an affidavit, a sworn statement signed by you, explaining why you missed the hearing, the notice to all creditors, the motion and attend a second hearing. If your case does get dismissed, all of your debts will come back on you and your creditors will be free to pursue you for those debts again. If some major unforseen event happens in your life between now and the time of your meeting (i.e. a serious illness or accident that lands you in the hospital) and you know that it will not be humanly possible for you to appear at the First Meeting of Creditors, please let us know as soon as possible. The Trustee may exercise discretion for certain exceptional circumstances. Additionally, it is mandatory that you bring with you to the First Meeting of Creditors a government issued photo identification card (i.e., a driver's license) and proof of your social security number (i.e., a social security card); should you fail to bring with you such identification information, and the trustee continues your First Meeting of Creditors, we will charge you an additional $200.00 for our time to prepare and attend the Continued First Meeting of Creditors. If you cannot locate your social security card, please advise us at once so we can assist you in procuring a substitute form of identification or another social security card altogether.

10.     From time to time we have found that we must increase the billing rates of our Firm Rate. We will notify you of this change if that occurs during our representation of you and we believe that change could be effected before completion of our representation of you. If you do not wish to accept this change in rates, you have the right to terminate our representation of you.

11.     Our firm makes use of a computerized legal research system. Although usually we are typically able to absorb these costs as a part of our overhead, and thus typically included in the fixed rate, we may however charge you for our use of such on-line legal research if the issue being researched is atypical or unique. If appropriate, such charges for on-line legal research will be reflected on your monthly statement and will be in addition to the fixed fee.

12.     After we have filed your bankruptcy case with the Court we will mail a copy of the petition and schedules to you (with a copy of this engagement letter inserted within the

Chapter 7 Engagement Letter
Page 5
Shiloh Management Services, Inc.

petition). This is for you to keep with your records. We recommend that you keep it, along with the Discharge Order, if applicable, and all other documents related to your bankruptcy that you receive throughout the bankruptcy process, for a period of ten years. From time to time we will purge our files of bankruptcy cases that have been closed. If at some point in the future you should happen to lose or throw out your copies of your bankruptcy petition and schedules, the Discharge Order, or other documents and want our office to retrieve them from the Court's database and/or print them again for you we will require $50.00 in fees and costs in the form of a cashier's check, money order, or cash to retrieve and provide you with duplicate copies. Or, if you choose, you may go the Court's website and sign up for a "PACER" account and password so that you can download your case file yourself (the Court charges a fee of $0.10 for each downloaded page). However, we strongly recommend that you simply keep the set of documents that we provide to you in a safe place for ten years. That way you will avoid the inconvenience and cost of having to obtain another copy of the documents later.

     13.    **<u>It is impossible to determine in advance the amount of time that will be needed to complete work on your behalf.</u>** By sending you monthly statements we will keep you fully informed of the time used for conferences, telephone calls, drafting documents, research, court time and necessary travel. It is the practice of our office to make time entries for telephone calls in accordance with the actual amount of time involved in handling the phone call or the matter raised by the phone call. This means that sometimes more time will be entered than merely the length of the call itself because we must interrupt whatever we are doing to speak with you, and additional time may be expended in evaluating or analyzing the call or in making notes for the file. Notes regarding a phone call are also frequently made immediately after the phone call ends and the time spent preparing those notes may be entered in relation to the phone call. This use of telephone communications is to keep you advised about and involved with our work. When the lawyers or legal assistants are communicating with you, they are doing this as part of the team and operating in the most efficient way we can on your behalf. Sometimes debtors and/or creditors or others may engage in activities beyond our control requiring us to expend additional time not originally contemplated in the fixed fee, and such work will be billed at our Firm Rate. Should you have any questions regarding any charges reflected on your monthly statement, please call the office and speak with our office manager, she will assist you in understanding the charge.

     14.    We reserve the right to terminate our attorney-client relationship for nonpayment of fees or costs or any other reason that we deem appropriate under the Rules of Professional Conduct, including misrepresented material facts, failure to disclose material facts, if you fail to follow our advice or if you refuse to fully cooperate with us in our representation of you or in the preparation or presentation of your case. If we reach a point where there is a serious difference of opinion between this firm and you about how a matter should be handled on your behalf, we will withdraw if we may legally and ethically do so, or you may terminate our employment and secure other counsel if we are unable to resolve the issues presented.

Chapter 7 Engagement Letter
Page 6
Shiloh Management Services, Inc.

    **15.**    While having no obligation to do so, we shall have the authority to make advances (costs of suit) on your behalf in such amounts as we shall determine best in representing you in these proceedings, which advance shall be for expenses including, but not limited to, long distance phone calls, telegrams, photocopies, out-of-town travel expenses (including all meals and lodging while out of town), deposition expenses (including costs of transcription and court reporter's fees for attendances) and court costs (such as filing fees, service of process fees, subpoena costs and witness fees, etc.). Either you or we (with your approval) may hire experts in various fields to prepare and present your case. In the event we employ them, you are responsible for, and we shall have the authority to make, payment for fees for accountants, appraisers, actuaries, physicians, psychologists, psychiatrists, investigators, economists, other attorneys and other experts which we deem are necessary to assist in the preparation and trial or the proper handling of your case or the matter for which we are being retained, although we have no obligation to pay such fees or costs. If we pay these fees, you will be billed tor them as part of our costs and fees.

    **16.**    If it is necessary for us to bring legal action against you for the collection of our attorney's fees and costs or for payment for the services of any outside experts or professionals we have employed on your behalf, you agree to pay all costs and attorney's fees incurred in such action. However, generally we will not retain experts or professionals except on your behalf and with your consent. We generally will prefer that if such experts or professionals are required in a case that you retain them directly and make your own separate arrangements with them for their compensation so that we do not become liable to them.

    **17.**    "Costs" are our out-of-pocket expenses, such as filing fees, transcript fees, photocopies, postage, travel costs, appraisers, accountants and the charges of other experts. Costs will also be itemized and appear on the statements on a monthly basis as they are incurred, or when we receive invoices for such expenses.

    **18.**    We shall keep you informed as to the progress of our representation of you in this case. If, however, you have any questions please feel free to call and talk to us. We find that good open lines of communication are the best way to avoid misunderstandings or mis-communication. We will send you copies of papers coming in and going out our office, including correspondence, pleadings and other court documents, unless it appears that something is of a very inconsequential nature. If no one is available when you telephone, your call will be returned as soon as possible. The file and its progress are open to your inspection at any reasonable time. Please note, however, our firm retains the right to a lien in all materials, records, reports, bills, invoices, documents, pleadings, Schedules and Statements. This lien shall also extend to any documents generated by the law firm or any documents generated at its request. We will retain the file and all documents and papers in it until our fees are fully paid as allowed by <u>Defendant A v. Idaho State Bar</u>, 134 Idaho 338 (2000).

Chapter 7 Engagement Letter
Page 7
Shiloh Management Services, Inc.

      **19.**    You acknowledge that we have made no guarantees. All expressions which relate to the possible results of our representation of you are based strictly upon our opinion.

      **20.**    Every effort will be made to expedite our representation of you in this case promptly and efficiently according to the highest legal and ethical standards.

      **21.**    We have discussed only in general terms the scope of the work you have requested us to do in representing you in this case. We can only estimate what work will be necessary, as many things may happen which substantially increase or decrease the estimated cost of handling this matter. As a result, we cannot advise you as to any possible costs you will incur as a result of our representing you.

      **22.**    If at any time you wish to terminate the attorney-client relationship into which you are entering, you may do so, subject to court approval when that is required by the rules of any court before which we are appearing.

      **23.**    It is understood and agreed by you that you have not retained us for any matter not covered by this agreement. In the event we reach an agreement to represent you in a matter not covered by this agreement you understand that any such legal services will be in addition to those described above and will be billed to you at the Firm Rate.

      **24.**    This representation agreement and the attached notices represent the complete agreement between us there will be no change in the terms of this agreement unless they are in writing and signed by both of us.

      **25.**    You acknowledge that we have advised you that this agreement may be fully disclosed to the Court and because of the unique nature of providing professional legal services to a bankruptcy client we expect that this fee agreement will be disclosed to the Court and made a matter of public record in your case.

      **26.**    As a separate document, but included as part of this representation agreement, we are giving you notice of "Important Information About Bankruptcy Assistance Services From an Attorney" as required by § 527 of the Bankruptcy Code.

Chapter 7 Engagement Letter
Page 8
Shiloh Management Services, Inc.

27. Please countersign this agreement and return it to us so that we will have a mutual memorandum of our understanding.

Cordially,

Jeffrey P. Kaufman,
Attorney

The foregoing agreement is accepted this __16__ day of __November__, 2017.

Shiloh Management Services, Inc.
Nathan Pyles, President

Chapter 7 Engagement Letter
Page 9
Shiloh Management Services, Inc.

## Notice to Assisted Persons Pursuant to § 527(a)(2) of the Bankruptcy Code

This notice is required by § 527(a)(2) of the Bankruptcy Code. If you file a bankruptcy case, it is important that you are aware that:

1. All information that you are required to provide with your bankruptcy petition and throughout your bankruptcy case is required to be <u>complete</u>, <u>accurate</u>, and <u>truthful</u>.

2. All of your assets and liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the "replacement value" of assets, if applicable, must be stated in those documents where requested after reasonable inquiry to establish such value. (Replacement value, as defined in § 506, is the price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined.)

3. You will be required to state, after a reasonable inquiry, your "current monthly income," the amounts specified in § 707(b)(2) - amounts that generally pertain to your expenses - and, If your case is being filed under Chapter 13, your "disposable income, which is determined in accordance with § 707(b)(2).

4. Information that you provide during your bankruptcy case may be audited and your failure to provide such information may result in dismissal of your bankruptcy case or other sanction, including a criminal sanction.

I/we have read and understand the foregoing and understand that only attorneys can give legal advice regarding my/our compliance with the duties stated in the foregoing.

_____          11-16-17
Shiloh Management Services, Inc.              Date
Nathan Pyles, President,

Chapter 7 Engagement Letter
Page 10
Shiloh Management Services, Inc.

# Notice to Assisted Persons Pursuant to § 527(b) of the Bankruptcy Code

IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER

 If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent to you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. As to see the contract before you hire anyone.

 **Only attorneys can give you legal advice. Bankruptcy petition preparers are not attorneys; they are prohibited by law from giving you legal advice.**

 The following information helps you understand some of the things that must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine. **You should not assume your case is routine.**

 Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial to you. Be sure you understand the relief you can obtain and its limitations.

 To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. Other documents will also be required. You will have to pay a filing fee to the bankruptcy court (although the law does allow a waiver of the fee in some circumstances). Once your case starts, you will have to attend the first meeting of creditors (often referred to as the "341 hearing") where you may be questioned by a court official called a "trustee" and by creditors.

 If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

 If you choose to file a chapter 13 case in which you repay your creditors a monthly amount approved by the court over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge and where your creditors may appear.

Chapter 7 Engagement Letter
Page 11
Shiloh Management Services, Inc.

    If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

    Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

    I/we have read and understand the foregoing and understand that only attorneys can give legal advice regarding my/our compliance with the duties stated in the foregoing.

_____      11-16-17
Shiloh Management Services, Inc.         Date
Nathan Pyles, President,

Chapter 7 Engagement Letter
Page 12
Shiloh Management Services, Inc.

# Exhibit A

This Exhibit comprises the Firm Rate of the Law Offices of D. Blair Clark, PC.*

- Services provided by D. Blair Clark are billed at the rate of — $250/hr.
- Services provided by Jeffrey P. Kaufman are billed at the rate of — $180/hr.
- Paralegal Services provided are billed at the rate of — $ 75/hr.
- CIN Credit reports — $40/client
- Documents downloaded off PACER — $0.10/page
- Photocopies/document printing services are billed at the rate of — $0.15/page
- Vehicle Title/Registration purchases are billed at the rate of — $8.50/item
- Mileage is billed at the IRS Standard Mileage rate - currently: — $.575/mile
- County Recording Fees are billed at the rate of — $10/1st page / $3/other pages
- Online legal research — as billed
- Postage/delivery — USPS, Fed-X or UPS rates
- Balances 30 days past due are subject to an interest rate of — 18%/yr.

\* Please note that the Law Office of D. Blair Clark, PC charges a 4% processing fee for all payments made by debit/credit card.