Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SHILOH MANAGEMENT SERVICES, INC.,<br><br>                                Debtor. | Case No. 17-01458-JDP<br><br>**MINUTES OF 341(a) MEETING OF CREDITORS** |

Date of Meeting: 01/23/2018, 10:00 AM

Location of Meeting: Boise, Idaho

Recorder Track No.: 3

    1. Debtor was sworn and examined. Nathan Pyles, President, was present.

    2. Debtor's attorney was present.

    3. Debtor's identification was verified.

    4. Debtor's social security number was not verified.

    5. The following creditors appeared at the meeting:

- Attorney Gery Edson on behalf of petitioning Creditors William and Ann Brinkley; Flash Investments, LLC; Frank Preston IRA, LLC; Lanny Johnson; Janelle Nelson; Jere and Sally Robertson; Stock Boise, LLC; Edwin Noah Tate; Triple B, LLC; James and JoAnn Willis;
- Roger Button on behalf of Triple B LLC;
- Charles Darby on behalf of himself;

- Matt Christensen of behalf of Trustee, Noah Hillen;
- Joe Thompson on behalf of himself;
- Patrick Quinn on behalf of himself;
- Joanne Willis on behalf of herself and Jim Willis;
- Melvin Copple on behalf of himself and his wife;
- Tracey Petrillo on behalf of herself and Jeff Petrillo;
- Chester Pipken on behalf of himself.

6. The meeting was continued to: 02/13/2018 at 01:00 PM

Date: January 24, 2018

/s/ Noah G. Hillen
Chapter 7 Bankruptcy Trustee