Matthew T. Christensen
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho  83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
mtc@angstman.com
Christensen ISB: 7213

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 17-01458-JDP |
|---|---|
| SHILOH MANAGEMENT SERVICES, INC. | |
| Debtor. | |

### EMERGENCY EX PARTE MOTION FOR ORDER AUTHORIZING LAW ENFORCEMENT AUTHORITIES TO TAKE POSSESSION OF FIREARM

The Trustee, by and through his counsel of record, ANGSTMAN JOHNSON, and on an emergency ex parte basis, seeks an order from the court authorizing law enforcement authorities to take possession of a firearm.  This order is sought pursuant to 11 U.S.C. §105, and is requested in support of 11 U.S.C. §704(a)(1) and (2).

One of the assets disclosed by the Debtor in its schedules is a Browning M-2 .50 caliber machine gun.  According to www.military.com, this weapon is an automatic, recoil operated, air-cooled machine gun which is crew-portable and uses belt-fed ammunition.  Because of the type of gun, it is considered an "NFA weapon" with registry and transfer requirements imposed by the National Firearms Act, *26 U.S.C. §5801, et seq.*

All transfers and registrations must be done only after approval by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). Other than law enforcement personnel acting in their official capacity, no other individuals or entities are allowed to possess NFA weapons without the requisite registration and transfer approvals from the ATF.

The Debtor has disclosed that the Browning machine gun is currently located with a pile of trash on property located on Lake Hazel Road in Boise, Idaho. Because the weapon is currently registered to either the Debtor (Shiloh Management Services, Inc.) or the Debtor's principal (Nathan Pyles), the Trustee and anyone associated with him (including his auctioneer, who otherwise has a valid gun dealer license) is unable to take possession of the gun. According to ATF personnel which Trustee's counsel spoke to, so long as a law enforcement officer acting in his/her official capacity takes possession of the gun, that will not violate any possession or registration laws.

The Trustee is currently working with the Debtor and Pyles to get the registration of the gun transferred to his auction personnel. However, due to the public danger of the weapons location (and the value of the gun, with the related ability to otherwise dispose of the weapon without the Trustee's knowledge), the Trustee wishes to secure the weapon pending the transfer of the registration. The Trustee has spoken with the Ada County Sheriff, who is willing to take possession of the weapon in an official capacity, but requires court approval before doing so.

Accordingly, the Trustee seeks an immediate order from the Court authorizing law enforcement personnel (i.e., either the Ada County Sheriff or the U.S. Marshals Service) to take possession of the weapon pending the transfer of the registration, and

authorizing the law enforcement agency to then transfer the weapon to the Trustee's auction personnel upon presentation of ATF authorization for the transfer.

DATED this 26th day of January, 2018.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Trustee

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 26th day of January, 2018, I filed the foregoing EMERGENCY EX PARTE MOTION FOR ORDER AUTHORIZING LAW ENFORCEMENT AUTHORITIES TO TAKE POSSESSION OF FIREARM electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@angstman.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Amber N. Dina | amberdina@givenspursley.com |
| Gery Edson | gedson@gedson.com |
| Noah G. Hillen | ngh@hillenlaw.com |
| Jeffrey Philip Kaufman | jeffrey@dbclarklaw.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |

Any others as listed on the Court's ECF Notice.


             /s/ Matt Christensen
            Matthew T. Christensen