Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SHILOH MANAGEMENT SERVICES, INC.<br><br>                    Debtor(s). | Case No. 17-01458-JDP<br><br>**MINUTES OF 341(a) MEETING OF CREDITORS** |

Date of Meeting: 02/13/2018, 1:00 PM

Location of Meeting: Boise, Idaho

Recorder Track No.: 2

    1. Debtor(s) were sworn and examined.

    2. Debtor(s)' attorney was present.

    3. Debtor(s)' identification was verified.

    4. Debtor(s)' social security number was verified.

    5. The following creditors appeared at the meeting: Gery Edson representing the Petitioning Creditors; Chet Pipkin representing himself; Roger Button representing Triple B, LLC; Charles Darby representing himself.

    6. The meeting was continued to: 04/02/2018 at 10:00 AM

Date: February 13, 2018                        /s/ Noah G. Hillen
                                                           Chapter 7 Bankruptcy Trustee