Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>SHILOH MANAGEMENT SERVICES, INC.,<br><br>Debtor. | Case No. 17-01458-JMM<br><br>**MINUTES OF 341(a) MEETING OF CREDITORS** |

Date of Meeting: 04/02/2018 at 10:00 AM

Location of Meeting: Boise, Idaho

Recorder Track No.: 3

    1. Debtor was sworn and examined.

    2. Debtor's attorney was present.

    3. Debtor's identification was verified.

    4. Debtor's social security number was verified.

    5. The following creditors appeared at the meeting: Roger Button representing Triple B, LLC; Gery Edson representing the Petitioning Creditors; Chet Pipkin representing himself; Melvin Copple representing Melvin and Pam Copple.

    6. The meeting was continued to: 05/02/2018 at 8:00 AM

Date: April 06, 2018                       /s/ Noah G. Hillen
                                                      Chapter 7 Bankruptcy Trustee