Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In Re:

SHILOH MANAGEMENT SERVICES, INC.

Debtor(s).

Case No. 17-01458-JMM

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: May 24, 2018, 02:00 PM

Location of Meeting: Boise, Idaho

Recorder Track No.: 2

    1. Debtor(s) were sworn and examined.

    2. Debtor(s)' attorney was present.

    3. Debtor(s)' identification was verified.

    4. Debtor(s)' social security number was verified.

    5. The following creditors appeared at the meeting:  None.

    6. The meeting was concluded.

Date: May 25, 2018          /s/ Noah G. Hillen
                                    Chapter 7 Bankruptcy Trustee